**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(c)

McKENNA, DuPONT, HIGGINS & STONE

Michael R. DuPont, Esquire (MRD/2077)

PO Box 610

229 Broad Street

Red Bank, NJ 07701-0610

732.741.6681

Counsel for United Teletech Financial Federal Credit Union

In Re:

Kenneth Ebbert Jr.

Case No. 18-19513

Chapter: 13

Judge: CMG

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of United Teletech Financial Federal Credit Union. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

    McKENNA, DuPONT, HIGGINS & STONE
    Attention: Michael R. DuPont, Esquire
    PO Box 610
    229 Broad Street
    Red Bank, NJ 07701-0610
    Email: dupont@redbanklaw.com

DOCUMENTS:

    ☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

    ☐ All documents and pleadings of any nature.

                                        McKENNA, DuPONT, HIGGINS & STONE, PC
                                        Counsel to United Teletech Financial Federal Credit Union

                                        ***/s/ Michael R. DuPont, Esquire***
                                        MICHAEL R. DuPONT, Esq.

Dated: June 9, 2018