**McKENNA, DuPONT, HIGGINS & STONE, PC**
MICHAEL R. Du PONT/2077
PO Box 610
Red Bank, NJ 07701-0610
(732) 741-6681
Attorneys for Creditor, United Teletech Financial Federal Credit Union
File No. 50324

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | : | Chapter 13, Case No. 18-19513 |
| KENNETH EBBERT, JR. | : | Honorable Christine M. Gravelle |
| | : | Hearing Date: September 19, 2018 |
| Debtor. | | |
| | : | Objection to Confirmation of Ch. 13 Plan |

### NOTICE OF OBJECTION TO CONFIRMATION OF PLAN
### PURSUANT TO BANKRUPTCY RULE 3015

The undersigned attorneys for the creditor, United Teletech Financial Federal Credit Union, holder of a secured claim against debtor as is set forth in its Proof of Claim, hereby objects to the confirmation of the debtor's proposed Chapter 13 Plan on the basis of:

a) This creditor is the holder of a second mortgage on the property located at 960 Farmingdale Road, Jackson, New Jersey which mortgage was recorded on October 21, 2014 in Book 15922, Page 801 of the Ocean County Clerk's Office. This is the debtor's primary residence. Debtors were, and are, in default of their mortgage loan.

b) Debtor's plan proposes to void this second mortgage lien and reclassify the underlying claim from secured to completely unsecured. Debtors value the property at $340,000.00. The first mortgage holder filed a Proof of Claim in the

      amount of $367,388.74

c)    United Teletech Financial objections pursuant to 11 U.S.C. § 1322(b)(2). The Zillow estimated value of the property is $484,980.00. A copy of the appraisal is attached as "Exhibit A." A drive-by appraisal has been ordered by the credit union, but is not yet available.

d)    The plan fails to provide for any payment on the secured debt based on a value that is disputed by this creditor.

For the reason stated above, and for any others that the Court deems fair, creditor respectfully requests that confirmation of debtor's proposed plan must be denied.

                                          **McKENNA, DuPONT, HIGGINS & STONE, PC**
                                          Attorneys for Creditor, United Teletech Financial
                                          Federal Credit Union


                                          By: */s/ Michael R. DuPont*
                                          MICHAEL R. DuPONT, Esquire

Dated: September 12, 2018

# EXHIBIT A

GET MORE INFO   ♡ SAVE   ✉ SHARE   MORE ▾

City, State, or Zip 🔍

New Jersey · Jackson · 08527 · 960 Farmingdale Road




# 960 Farmingdale Rd, Jackson, NJ 08527

-- beds · -- baths · 2,748 sqft

**OFF MARKET**

Zestimate®:
**$484,980**

Rent Zestimate®:
$2,500 /mo

## Home Shoppers are Waiting

Ask an agent about market conditions in your neighborhood.

👤 Your name
📞 Phone
✉ Email

I own this home and would like to ask an agent about selling

Contact Agent

Or call 732-784-4160 for more info

Beautiful Colonial on 1+ Acres!

## Facts and Features

| | | |
|---|---|---|
| 🏢 **Type** Single Family | 📅 **Year Built** 1985 | 🌡 **Heating** No Data |
| ❄ **Cooling** No Data | Ⓟ **Parking** 2 spaces | ◇ **Lot** No Data |

### Similar Homes for Sale



**FOR SALE**
**$459,999**
4 beds, 3.0 baths, 2652 s...
966 Farmingdale Rd, Jac...

**INTERIOR FEATURES**