**Sand Castle Field Services**
*Your National Field Service Provider*

www.sandcastlefs.com
Phone: 262-754-6006 Fax: 262-754-6008
E-mail: client@sandcastlefs.com

# Broker Price Opinion

## Subject Info

| | | | | | |
|---|---|---|---|---|---|
| Order ID: | 2123702 | Address: | 960 Farmingdale Road | Property for Sale: | No |
| Date of Inspection: | 4/21/2018 04:00:00 PM | City: | Jackson | Realtor Company: | |
| Client: | Member Support Services LLC | State: | NJ | Realtor: | |
| Borrower: | Kenneth Ebbert | Zip: | 08527 | Realtor Phone: | |
| Loan Number: | 14785 | Occupancy: | Unknown but Occupied | MLS #: | |
| Assessor Tax Parcel Number (APN): | 12-01102-0000-00028 | Occupancy Verified By: | Vehicle on property | Current Listing Price: | |
| Days on Market: | | Date of Last Price Change: | | Original Listing Price: | |

## Neighborhood Data

| | | | | | |
|---|---|---|---|---|---|
| Location: | Suburban | Supply / Demand: | In Balance | Property Values: | Stable |
| Predominant Ownership Type: | Homeowner | Seasonal Market: | No | Percent New Construction: | 0.00% |
| Are REO Sales Prevalent in the Subject's Market: | No | Typical Marketing Time (in Days): | 60 days | Percent Commercial Development: | 0.00% |
| Are Seller Concessions Prevalent in the Subject's Market: | No | Average Sale Price: | $425,000 | Price Range: | $300,000 - $800,000 |
| Number of Properties for Sale in Neighborhood: | 10 | Average Sale to List Price Ratio: | 10 | Subject's Comparison to Neighborhood: | Average |

## Neighborhood Comments

| | |
|---|---|
| Positive Features / Influence: | Neighborhood comprised of mostly remodeled single family dwellings. The neighborhood reflects good employment stability, upkeep, and repair. There are no adverse living conditions which affect the livability of the property. |
| Negative Features / Influence: | None noted at time of inspection. |
| Influence of Location: | Close to schools, parks, shopping and transportation. |
| Market Condition: | The market value appears to have stabilized, supply and demand appear to be in balance. We are seeing motivated sellers typically paying some of the buyers non-recurring closing cost. |
| Miscellaneous Comments: | The effective age of a home in this neighborhood is usually newer do to the fact that there has been very little new construction and most homes have had substantial updating over time. Subject conforms well to the neighborhood. |

## Comparable Sales

| Feature | Subject Property | Comparable Sale #1 | Comparable Sale #2 | Comparable Sale #3 |
|---|---|---|---|---|
| Data Source: | | MLS | MLS | MLS |
| MLS # / APN: | | 21731374 | 21735612 | 21743050 |
| Address: | 960 Farmingdale Road Jackson, NJ 08527 | 15 Sunnywoods Ln Jackson, NJ 08527 | 2 Springbrook Dr Jackson, NJ 08527 | 21 Summerhill Ave Jackson, NJ 08527 |
| Proximity (miles): | | 0.96 | 0.61 | 0.59 |
| Subdivision / Project Name: | | | | |
| Sale Date: | | 1/19/2018 | 11/8/2017 | 2/22/2018 |
| Sale Type: | | Conventional | Conventional | Conventional |
| List Price: | | $449,900 | $435,000 | $499,000 |
| Sale Price: | | $430,000 | $435,000 | $499,000 |
| Sale Price / Square Foot: | | $174.44 | $186.22 | $202.93 |
| Days On Market: | | 120 | 17 | 34 |
| Location: | Suburban | Suburban | Suburban | Suburban |
| View: | Average | Average | Average | Average |
| Waterfront / Frontage: | None | None | None | None |
| Lot Size (acres): | 1.36 | 0.41 | 0.59 | 0.50 |
| Property Type: | Single Family Residence | Single Family Residence | Single Family Residence | Single Family Residence |
| Property Design: | 2 Story | 2 Story | 2 Story | 2 Story |
| Quality: | Q4 - Average | Q4 - Average | Q4 - Average | Q4 - Average |
| Construction: | Frame | Frame | Frame | Frame |
| Condition: | C4 - Average | C4 - Average | C4 - Average | C3 - Good |
| Age (in Years): | 33.00 | 29.00 | 17.00 | 17.00 |
| Bedrooms: | 5.00 | 4.00 | 4.00 | 5.00 |
| Bathrooms: | 3.00 | 2.50 | 2.50 | 2.50 |
| Gross Living Area (Sq. Ft.): | 2,748 | 2,465 | 2,336 | 2,459 |
| Garage Type: | Attached | Attached | Attached | Attached |
| Garage Spaces: | 2.00 | 2.00 | 2.00 | 2.00 |
| Basement / Basement Finish %: | Full | Full | Full | Full |
| Amenities: | fireplace | close to schools, parks, shopping and transportation | close to schools, parks, shopping and transportation | close to schools, parks, shopping and transportation |
| Other Buildings: | | | | |
| Overall Comparison to Subject: | | Equal | Equal | Equal |

## Comments on Comparable Sales

| | |
|---|---|
| Comparable #1: | There are little to no comparable listings or sales for this property. Hence, I have expanded all of my search parameters to locate comps that best support value for the subject and, I have made the proper adjustments to determine the price. |

| Comparable #2: | There are little to no comparable listings or sales for this property. Hence, I have expanded all of my search parameters to locate comps that best support value for the subject and, I have made the proper adjustments to determine the price. |
|---|---|
| Comparable #3: | There are little to no comparable listings or sales for this property. Hence, I have expanded all of my search parameters to locate comps that best support value for the subject and, I have made the proper adjustments to determine the price. |

## Comparable Listings

| Feature | Subject Property | Comparable Listing #1 | Comparable Listing #2 | Comparable Listing #3 |
|---|---|---|---|---|
| Data Source: | | MLS | MLS | MLS |
| MLS # / APN: | | 21813055 | 21802154 | 21807610 |
| Address: | 960 Farmingdale Road Jackson, NJ 08527 | 376 Pfister Rd Jackson, NJ 08527 | 32 Summerhil Ave Jackson, NJ 08527 | 1 Opal Ct Jackson, NJ 08527 |
| Proximity (miles): | | 0.17 | 0.51 | 0.69 |
| Subdivision / Project Name: | | | | |
| Original List Price: | | $385,000 | $462,000 | $499,900 |
| Current List Price: | | $385,000 | $454,500 | $499,900 |
| Current List Price / Square Foot: | | $142.59 | $179.57 | $180.08 |
| Days On Market: | | 11 | 93 | 54 |
| Location: | Suburban | Suburban | Suburban | Suburban |
| View: | Average | Average | Average | Average |
| Waterfront / Frontage: | None | None | None | None |
| Lot Size (acres): | 1.36 | 1.00 | 1.05 | 1.58 |
| Property Type: | Single Family Residence | Single Family Residence | Single Family Residence | Single Family Residence |
| Property Design: | 2 Story | 2 Story | 2 Story | 2 Story |
| Quality: | Q4 - Average | Q4 - Average | Q4 - Average | Q4 - Average |
| Construction: | Frame | Frame | Frame | Frame |
| Condition: | C4 - Average | C4 - Average | C4 - Average | C3 - Good |
| Age (in Years): | 33.00 | 22.00 | 17.00 | 12.00 |
| Bedrooms: | 5.00 | 4.00 | 4.00 | 5.00 |
| Bathrooms: | 3.00 | 2.50 | 2.50 | 3.00 |
| Gross Living Area (Sq. Ft.): | 2,748 | 2,700 | 2,531 | 2,776 |
| Garage Type: | Attached | Attached | Attached | Attached |
| Garage Spaces: | 2.00 | 2.00 | 2.00 | 2.00 |
| Basement / Basement Finish %: | Full | Full | Full | Full |
| Amenities: | fireplace | close to schools, parks, shopping and transportation | close to schools, parks, shopping and transportation | close to schools, parks, shopping and transportation |
| Other Buildings: | | | | |
| Overall Comparison to Subject: | | Equal | Equal | Equal |

### Comments on Comparable Listings

| | |
|---|---|
| Comparable #1: | This comp is similar in size & features, search parameters were expanded to include homes that compare to the subject and that appeal to similarly qualified buyers. |
| Comparable #2: | This comp is similar in size & features, search parameters were expanded to include homes that compare to the subject and that appeal to similarly qualified buyers. |
| Comparable #3: | This comp is similar in size & features, search parameters were expanded to include homes that compare to the subject and that appeal to similarly qualified buyers. |

### Subject Comments

| | |
|---|---|
| Positive Features: | Subject appears to be in overall good condition. No physical, functional or external obsolescence observed. |
| Negative Features: | At time of inspection there were no negative features that were noted that would have a negative impact on the subject property value. |
| Repairs Required: | None |
| Miscellaneous Comments: | Subject is located in a conforming single family neighborhood close to schools, parks, shopping and transportation. The area is a well-established neighborhood with most homes built 10 to 100 years ago. The effective age of a home in this neighborhood is usually newer do to the fact that there has been very little new construction and most homes have had substantial updating over time. Subject conforms well to the neighborhood. |

### Estimated Sale Price

| | Suggested List | Probable Final | Per Sq. Ft. |
|---|---|---|---|
| Market As Is: | $454,000 | $454,000 | $165 |
| Market As Repaired: | $454,000 | $454,000 | $165 |
| Quick Sale (30 Days) As Is: | | $425,000 | $155 |
| Quick Sale (30 Days) As Repaired: | | $425,000 | $155 |

### Comments on Opinion of Sale Price

Subject is located in a very desirable neighborhood and will have strong buyer appeal. Aggressive pricing is necessary to attract buyers.

I certify that I have personally visited the subject location and performed an inspection of the subject property from at least the street. I certify that I have reviewed all elements of the attached Brokers Price Opinion and that this opinion has been completed in compliance with the state laws of NJ which govern the requirements of the completion of Broker Price Opinions in the state in which the subject property is located. I certify that currently I hold an active real estate broker/sales license in NJ, the state in which the subject property is located. The data has been gathered to the best of my ability and has been reviewed for accuracy, before submission.

| | | | |
|---|---|---|---|
| Prepared By: | Challisa Royster | Electronic Signature Date / Time: | 4/23/2018 10:56:37 AM |
| Firm Name: | EXIT Realty East Coast | Date of Inspection: | 4/21/2018 4:00:00 PM |
| Real Estate License #: | 1329417 | Real Estate License State: | NJ |
| Real Estate License Expiration: | 06/30/2019 | | |

**Notwithstanding any preprinted language to the contrary, this is not an appraisal of the market value of the property. If an appraisal is desired, the services of a licensed or certified appraiser must be obtained.**

# Disclaimers

**Intended Use**
This broker price opinion is being completed under the assumption it will not be used as the primary valuation tool to extend credit on a consumer loan that would require an appraisal by federal law.

If the intended use of this opinion is for the extension of consumer credit the user is directed to confirm its applicability for that purpose.

The client has indicated that their intended use is: **Loan Review**

**Broker/Agent Interest in Subject Property**

(●) I certify that I have no existing or contemplated interest in the subject property.

( ) I have the following existing or contemplated interest in the subject property.

**Assumptions and Limiting Conditions**
The agent has provided an estimate of sale price with the assumption that there are no adverse factors, unless noted specifically, such as, but not limited to easements, encroachments, or adverse environmental conditions that would have a negative impact on the sale price or marketability of the subject. If further investigations indicate that factors not considered in this report are found to exist, the final sale price estimate in this report may not be valid.

**Exterior Inspection Only**
The final estimated sale price arrived at in this report is based on an exterior inspection only of the subject property. The interior condition of the subject is an assumption, and if further inspection determines that the subject suffers from any significant deferred maintenance and/or structural/mechanical defects exists of which the agent was unaware, the final sale price estimate in this report may not be valid.

**Additional Assumptions and Limiting Conditions**
The final estimated sale price is based on the following additional assumptions:

**Inspection**

( ) I certify that I have personally inspected the interior and exterior of the subject property.

(●) I certify that I have personally inspected the subject location and performed an exterior inspection of the subject property from at least the street.

( ) I certify that I have personally inspected the subject location but was unable to view the subject property due to the following reason(s):
Due to the inability to view the subject property I have relied on the following information to provide the basic characteristics of the subject such as, but not limited to, construction, square footage, and room counts:

**General**
This opinion is not an appraisal of the market value of the subject property and may not be used in lieu of an appraisal. If an appraisal is desired, the services of a licensed or certified appraiser must be obtained. The information used in this report was compiled from a number of different sources and is assumed but not guaranteed to be accurate.

Information used in this report regarding the property characteristics of the subject and all comparables may come from a number of sources. Our agents use their best judgement to determine the most reliable information from the sources available. While we assume the information used in the final report to be reliable it is not guaranteed.

**New Jersey**
This Broker Price Opinion should not be considered the equivalent of an appraisal prepared by a New Jersey licensed or certified real estate appraiser.

**Additional State Requirements**
Please add additional state requirements if appropriate:

*"Your national field service provider specializing in Field Visits, Inspection Services, Valuation Services, Property Preservation and Skip Trace Services."*

21731374  Residential       15 Sunny Woods Ln, Jackson, NJ 08527                         LP:$449,900



| | | | |
|---|---|---|---|
| **Status:** | Closed  01/19/2018 | **List Price:** | $449,900 |
| **Property Sub-Type:** | Single Family | **Apx Year Built:** | 1989 |
| **Sub-Type:** | Detached | **Apx SqFt:** | 2,465 |
| **Minimum Age:** | 0 | **Basement:** | Yes |
| **County:** | Ocean | **Rooms:** | 10 |
| **Municipality:** | Jackson (JAC) | **Bedrooms:** | 4 |
| **Area/Section:** | Jackson Twnsp | **Baths:** | 2 / 1 |
| **Complex/Subdivision:** | Heather Ridge | **FP / #:** | / |
| **Apx Lot Dimensions:** | | **Garage / #:** | Yes / 2 |
| **Acreage:** | | **Waterfront:** | No |
| **Elementary School:** | Howard C. Johnson | **Waterview:** | No |
| **Middle School:** | Carl W. Goetz | **Handicap Access:** | |
| **High School:** | Jackson Memorial | **Directions:** | Hyson Rd to Sunny Woods |
| **Other Elementary:** | | | |
| **Other High:** | | | |
| **Style:** | Colonial | | |
| **Model:** | | | |
| **Zoning:** | Neighborhood; Residential | | |

Elegant, Center Hall Colonial in the beautiful, Heather Ridge area. Traditional elegance begins with the stately elevation with brick accents and continues inside, through the double entry doors. Spacious foyer opens to the formal dining room with Brazilian hardwood floors. A brick, wood-burning fireplace is the focal point of the formal living room. Kitchen features stainless steel appliances and granite counters. The breakfast room has sliders leading to the deck and private backyard. Open to the family room with plenty of natural light from the oversize Anderson windows. Upstairs, four spacious bedrooms. The master with double entry doors & your own en suite. Full basement. Nearly half an acre to improve and enjoy. *NEW Timberline Roof, NEW HVAC & Furnace. Central Vac. One hour to NYC.

| | | | | | |
|---|---|---|---|---|---|
| **Tax Year:** | 2016 | **Asmnt - Total:** 416,700 | **New Construction:** | | **Deed Restricted:** |
| **Taxes:** | 9,613 | | **Farm:** | | **Farm Assessed:** |
| **Special Assessment:** | | | **Assessment Status:** Assessed | | |

| | | | |
|---|---|---|---|
| **Assn Fee:** | **Management Type:** | **Fee Includes:** | **App Escrow Required:** |
| **Assn Fee Paid:** | **Common Elements:** | | |

| Room Name | Level | Dimensions | Room Name | Level | Dimensions | Room Name | Level | Dimensions | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Foyer | 1 | | Master Bedroom | 2 | | Utility | 1 | | **# Basement - Baths:** | |
| Living Room | 1 | | Bath - Master | 2 | | | | | **# Level 1 - Baths:** | 1 |
| Formal Dining | 1 | | Bedroom | 2 | | | | | **# Level 2 - Baths:** | 2 |
| Kitchen | 1 | | Bedroom | 2 | | | | | **# Level 3 - Baths:** | |
| Breakfast | 1 | | Bedroom | 2 | | | | | | |
| Family Room | 1 | | Bath - 1/2 | 1 | | | | | | |
| | | | Bath - Full | 2 | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **Ownership Type:** | Fee Simple | **Financing:** | | **Pool:** | |
| **Master Bath:** | Double Sinks; Shower Stall; Whirlpool | **Heat Fuel:** | Natural Gas | **Roof:** | Timberline |
| **Basement:** | Full | **Interior:** | Center Hall; Recessed Light; Sliding Door | **Siding:** | Brick; Vinyl |
| **Dining Room:** | Floor - Wood | | | **Special Needs:** | |
| **Exterior:** | Deck; Patio | **Kitchen:** | Ceramic Tile; Granite/Stone Counter; Sliding Door | **Style:** | Colonial |
| **Floors:** | Tile; W/W Carpet; Wood | | | **Water Heater:** | Natural Gas |
| **Foyer:** | Ceramic Tile; Two Story | **Lot Description:** | Back to Woods | **Water/Sewer:** | Public Sewer; Public Water |
| **Great/Family Room:** | Floor - W/W Carpet | **Living Room:** | Fireplace - Woodburning | | |
| **Heat/AC:** | Central Air | **Master Bedroom:** | | | |
| | | **Out Buildings:** | | | |
| | | **Parking:** | Driveway | | |

**Included:** Central Vacuum; Dishwasher; Gas Cooking; Refrigerator
**Excluded:** Personal Belongings

**Days On Market:** 120

| | |
|---|---|
| **Sold Price:** | 430,000 |
| **Sold Date:** | 01/19/2018 |

Information is deemed to be reliable, but is not guaranteed. © 2018 MLS and FBS. Prepared by Challisa Royster on Monday, April 23, 2018 11:34 AM. The information on this sheet has been made available by the MLS and may not be the listing of the provider.

| 21735612 | Residential | 2 Springbrook Dr, Jackson, NJ 08527 | LP:$435,000 |



| | | |
|---|---|---|
| **Status:** | Closed 11/08/2017 | |
| **Property Sub-Type:** | Single Family | |
| **Sub-Type:** | Detached | |
| **Minimum Age:** | 0 | |
| **County:** | Ocean | |
| **Municipality:** | Jackson (JAC) | |
| **Area/Section:** | North Jackson | |
| **Complex/Subdivision:** | Green Hills | |
| **Apx Lot Dimensions:** | | |
| **Acreage:** | 0.59 | |
| **Elementary School:** | Crawford Rodriguez | |
| **Middle School:** | Christa McAuliffe | |
| **High School:** | Jackson Liberty | |
| **Other Elementary:** | | |
| **Other High:** | | |
| **Style:** | Colonial | |
| **Model:** | | |
| **Zoning:** | Residential; Single Family | |

| | |
|---|---|
| **List Price:** | $435,000 |
| **Apx Year Built:** | 2001 |
| **Apx SqFt:** | 2,336 |
| **Basement:** | Yes |
| **Rooms:** | 11 |
| **Bedrooms:** | 4 |
| **Baths:** | 2 / 1 |
| **FP / #:** | Yes / 1 |
| **Garage / #:** | Yes / 2 |
| **Waterfront:** | No |
| **Waterview:** | No |
| **Handicap Access:** | |
| **Directions:** | Hyson Rd to Farmers Ln to Springbrook or Chandler to Summerhill to Springbrook |

BEAUTIFUL BRICK FRONT COLONIAL on PRIME LOT in DESIRABLE GREEN HILLS! Welcoming 2 STORY FOYER Opens to STUDY & DINING ROOM with FRENCH DOORS & BAY WINDOW. Large Kitchen with 42" CABINETS, HARDWOOD FLOORS & STAINLESS STEEL APPLIANCES. OPEN FAMILY ROOM with HARDWOOD FLOORS & WOODBURNING FIREPLACE! EXPANDED MUD ROOM with BUILT IN BOOT BENCH, COAT RACK & EXTRA STORAGE! TREX DECK leads to HUGE FENCED YARD & PAVER PATIO on PRIME LOT & BONUS SUNROOM ADDITION ~Perfect for Entertaining!~ Large MASTER with TRAY CEILING & WALK-IN CLOSET with BUILT IN CLOSET ORGANIZER! Master Bath features DUAL SINKS, SOAKING TUB & SEPARATE SHOWER. GREAT LOCATION IN NORTH JACKSON, Close to Rt. 195, NYC EXPRESS BUS, Shopping & Restaurants. ALL PUBLIC UTILITY SERVICES. DON'T MISS THIS ONE! CALL TODAY...

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Tax Year:** | 2016 | **Asmnt - Total:** | 430,800 | **New Construction:** | | **Deed Restricted:** | |
| **Taxes:** | 9,939 | | | **Farm:** | | **Farm Assessed:** | |
| **Special Assessment:** | | | | **Assessment Status:** | Assessed | | |
| **Assn Fee:** | | **Management Type:** | | **Fee Includes:** | | **App Escrow Required:** | |
| **Assn Fee Paid:** | | **Common Elements:** | | | | | |

| Room Name | Level | Dimensions | Room Name | Level | Dimensions | Room Name | Level | Dimensions | |
|---|---|---|---|---|---|---|---|---|---|
| Foyer | 1 | | Master Bedroom | 2 | | Mud | 1 | | **# Basement - Baths:** |
| Dining Room | 1 | | Bath - Master | 2 | | | | | **# Level 1 - Baths:** 1 |
| Eat-In-Kitchen | 1 | | Bedroom | 2 | | | | | **# Level 2 - Baths:** 2 |
| Family Room | 1 | | Bedroom | 2 | | | | | **# Level 3 - Baths:** |
| | | | Bedroom | 2 | | | | | |
| | | | Bath - Full | 2 | | | | | |
| | | | Study | 1 | | | | | |
| | | | Sunroom | 1 | | | | | |
| | | | Laundry | 1 | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **Ownership Type:** | Fee Simple | **Financing:** | | **Pool:** | |
| **Master Bath:** | Ceramic Tile; Double Sinks; Floor - Ceramic; Shower Stall; TRY/VLT/CATH; Tub | **Heat Fuel:** | Natural Gas | **Roof:** | Shingled |
| | | **Interior:** | | **Siding:** | Brick; Vinyl |
| | | **Kitchen:** | Bnook/Dining Area; Center Island; Dinette; Eat-In; Floor - Wood; Pantry; Sliding Door | **Special Needs:** | |
| **Basement:** | Full | | | **Style:** | Colonial |
| **Dining Room:** | Bay/Bow Window; Floor - W/W Carpet; French Doors | **Lot Description:** | Fenced Area | **Water Heater:** | Natural Gas |
| **Exterior:** | Fence; Shed; Sprinkler Under | **Living Room:** | | **Water/Sewer:** | Public Sewer; Public Water |
| **Floors:** | Ceramic; Tile; W/W Carpet; Wood | **Master Bedroom:** | Floor - W/W Carpet; Full Bath; TRY/VLT/CATH; Walk-in Closet | | |
| **Foyer:** | Closet(s); Floor - Wood; Two Story | | | | |
| **Great/Family Room:** | Fireplace - Woodburning; Floor - Wood | **Out Buildings:** | Storage Shed | | |
| **Heat/AC:** | Central Air; Forced Hot Air | **Parking:** | Asphalt; Double Wide Drive; Driveway; On Street; Paved Drv | | |

**Included:** Blinds/Shades; Dishwasher; Dryer; Garage Door Opener; Gas Cooking; Light Fixtures; Microwave; Stove; Washer

**Days On Market:** 17

**Showing:** Showing Time

**Sold Price:** 435,000
**Sold Date:** 11/08/2017

| 21743050 | Residential | 21 Summerhill Ave, Jackson, NJ 08527 | LP:$499,000 |



| | | | | |
|---|---|---|---|---|
| **Status:** | Closed 02/22/2018 | **List Price:** | $499,000 | |
| **Property Sub-Type:** | Single Family | **Apx Year Built:** | 2001 | |
| **Sub-Type:** | Detached | **Apx SqFt:** | 2,459 | |
| **Minimum Age:** | | **Basement:** | Yes | |
| **County:** | Ocean | **Rooms:** | 11 | |
| **Municipality:** | Jackson (JAC) | **Bedrooms:** | 5 | |
| **Area/Section:** | Jackson Twnsp | **Baths:** | 2 / 1 | |
| **Complex/Subdivision:** | Green Hills | **FP / #:** | Yes / | |
| **Apx Lot Dimensions:** | | **Garage / #:** | Yes / 2 | |
| **Acreage:** | 0.5 | **Waterfront:** | No | |
| **Elementary School:** | Crawford Rodriguez | **Waterview:** | No | |
| **Middle School:** | Christa McAuliffe | **Handicap Access:** | | |
| **High School:** | Jackson Liberty | **Directions:** Rt 9 S to Jackson Mills Rd left on Chandler Rd left on Winter Way left on Summerhill Ave. house on Rt. | | |
| **Other Elementary:** | | | | |
| **Other High:** | | | | |
| **Style:** | Colonial | | | |
| **Model:** | | | | |
| **Zoning:** | Residential; Single Family | | | |

FOR PEOPLE WHO WANT MORE… …The Recently Updated Colonial Home You Can Move Into As Soon As Tomorrow To Start Living THE LIFE YOU WANT.. With WAY LESS Work! The first thing you notice about this 5 bedroom, 2.5 bath house is that the owners put A TON of love and care into making it a home. You'd have to see it first hand to believe it… But trust me, it's incredible. A basement with high ceilings, fully finished and ready to turn into a dream space. Updated bathrooms with modern vanities. Fresh new carpeting on the stairs and master bedroom, tray ceilings with indirect lighting, details you wouldn't even think of are in this home. Even more importantly… this house is made for ANYONE wanting more from a new home.

| | | | | | |
|---|---|---|---|---|---|
| **Tax Year:** | 2016 | **Asmnt - Total:** | 499,900 | **New Construction:** | **Deed Restricted:** |
| **Taxes:** | 11,533 | | | **Farm:** | **Farm Assessed:** |
| **Special Assessment:** | | | | **Assessment Status:** | Assessment - N/A |

| | | | |
|---|---|---|---|
| **Assn Fee:** | **Management Type:** | **Fee Includes:** | **App Escrow Required:** |
| **Assn Fee Paid:** | **Common Elements:** | | |

| Room Name | Level | Dimensions | Room Name | Level | Dimensions | Room Name | Level | Dimensions | |
|---|---|---|---|---|---|---|---|---|---|
| Foyer | 1 | | Master Bedroom | 2 | 19x12 | | | | # Basement - Baths: |
| Living Room | 1 | 15x12 | Bath - Master | 2 | 16x9 | | | | # Level 1 - Baths: |
| Dining Room | 1 | 15x12 | Bedroom | 2 | 12x11 | | | | # Level 2 - Baths: |
| Eat-In-Kitchen | 1 | 22x12 | Bedroom | 2 | 11x10 | | | | # Level 3 - Baths: |
| Family Room | 1 | 21x14 | Bedroom | 1 | 12x10 | | | | |
| | | | Bedroom | 2 | 12x11 | | | | |
| | | | Bath - 1/2 | 1 | | | | | |
| | | | Bath - Full | 2 | | | | | |
| | | | Laundry | 1 | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **Ownership Type:** | | **Financing:** | | **Pool:** | Cabana; Fenced; In Ground; Pool Equipment; Vinyl Lining; Other - See Remarks |
| **Master Bath:** | Ceramic Tile; Double Sinks; Floor - Ceramic; Shower Stall; Tub | **Heat Fuel:** | Natural Gas | | |
| | | **Interior:** | Attic; Ceilings - 9Ft+ 1st Flr; Dec Molding; French Doors; Recessed Light; Security System; Sliding Door | **Roof:** | Shingled |
| **Basement:** | Ceilings - High; Finished; Full Finished; Heated | | | **Siding:** | Brick; Vinyl |
| **Dining Room:** | Dec Molding; Floor - W/W Carpet | **Kitchen:** | Bnook/Dining Area; Center Island; Ceramic Tile; Eat-In; Floor - Ceramic; Granite/Stone Counter; Newer; Pantry; Sliding Door | **Special Needs:** | |
| | | | | **Style:** | Colonial |
| **Exterior:** | Deck; Fence; Outdoor Lighting; Security System; Shed; Sprinkler Under; Storage; Swimming; Other - See Remarks | **Lot Description:** | Cul-De-Sac; Fenced Area; Level; Other - See Remarks | **Water Heater:** | Natural Gas |
| | | | | **Water/Sewer:** | Public Sewer; Public Water |
| **Floors:** | Ceramic; Laminate; Tile; W/W Carpet; Wood | **Living Room:** | Floor - W/W Carpet | | |
| **Foyer:** | Closet(s); Floor - Wood; Two Story | **Master Bedroom:** | Floor - W/W Carpet; Full Bath; TRY/VLT/CATH; Walk-in Closet | | |
| **Great/Family Room:** | Fireplace - Gas; Floor - Wood; TRY/VLT/CATH | **Out Buildings:** | | | |
| **Heat/AC:** | Central Air; Forced Hot Air | **Parking:** | Double Wide Drive; Driveway; Oversized Drive | | |

**Included:** AC Units; Blinds/Shades; Ceiling Fan(s); Dishwasher; Dryer; Garage Door Opener; Gas Cooking; Light Fixtures; Microwave; Outdoor Lighting; Refrigerator; Screens; Security System; Self/Con Clean; Stove; Washer; Window Treatments
**Excluded:** Black refrigerator in cabana, white freezer in garage

**Days On Market:** 34

**Showing:** Showing Time

Comparable Listing # 1

| | |
|---|---|
| 4/23/2018 | flexmls Web |
| **Sold Price:** | 499,900 |
| **Sold Date:** | 02/22/2018 |

Information is deemed to be reliable, but is not guaranteed. © 2018 MLS and FBS. Prepared by Challisa Royster on Monday, April 23, 2018 11:34 AM. The information on this sheet has been made available by the MLS and may not be the listing of the provider.

## 21813055   Residential          376 Pfister Rd, Jackson, NJ 08527                LP:$385,000



| | | | |
|---|---|---|---|
| **Status:** | Under Contract | **List Price:** | $385,000 |
| **Property Sub-Type:** | Single Family | **Apx Year Built:** | 1996 |
| **Sub-Type:** | Detached | **Apx SqFt:** | 2,700 |
| **Minimum Age:** | | **Basement:** | Yes |
| **County:** | Ocean | **Rooms:** | 9 |
| **Municipality:** | Jackson (JAC) | **Bedrooms:** | 4 |
| **Area/Section:** | None | **Baths:** | 2 / 1 |
| **Complex/Subdivision:** | None | **FP / #:** | Yes / 1 |
| **Apx Lot Dimensions:** | 100 x 436 | **Garage / #:** | Yes / 2 |
| **Acreage:** | 1 | **Waterfront:** | No |
| **Elementary School:** | | **Waterview:** | No |
| **Middle School:** | | **Handicap Access:** | |
| **High School:** | | **Directions:** N New Prospect Rd to Farmingdale Rd to Pfister Rd, or Jackson Mills Rd to Farmingdale to Pfister | |
| **Other Elementary:** | | | |
| **Other High:** | | | |
| **Style:** | Colonial | | |
| **Model:** | | | |
| **Zoning:** | Residential | | |

Looking for a classic CENTER HALL COLONIAL w/ spacious rooms, plenty of storage, in immaculate condition? This is it! Pride of ownership abounds from the moment you arrive at this beautiful country setting. Once inside you'll find formal living rm & dining rm w/ HW floors, perfect for entertaining. Large sunny kitchen w/ tile backsplash & new stove opens to family rm w/ wood burning FP & HW floors. 1st floor also offers 1/2 bath, laundry rm & huge walk-in pantry closet. Upstairs find ample master BR w/ unique "night light" ceiling fan & large WIC, master bath w/ new vanity. 3 more generous BRs plus newly remodeled guest bath. Newer expansive deck is great for those Summer gatherings on this fully fenced, private property overlooking farms. Full, dry basement, 2 car garage & newer roof.

| | | | | | |
|---|---|---|---|---|---|
| **Tax Year:** | 2017 | **Asmnt - Total:** 380,000 | **New Construction:** | | **Deed Restricted:** |
| **Taxes:** | 8,919 | | **Farm:** | | **Farm Assessed:** |
| **Special Assessment:** | | | **Assessment Status:** Assessed | | |
| **Assn Fee:** | | **Management Type:** | **Fee Includes:** | | **App Escrow Required:** |
| **Assn Fee Paid:** | | **Common Elements:** | | | |

| Room Name | Level | Dimensions | Room Name | Level | Dimensions | Room Name | Level | Dimensions | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Living Room | 1 | | Master Bedroom | 2 | | | | | **# Basement - Baths:** | |
| Dining Room | 1 | | Bedroom | 2 | | | | | **# Level 1 - Baths:** | 1 |
| Eat-In-Kitchen | 1 | | Bedroom | 2 | | | | | **# Level 2 - Baths:** | 2 |
| Family Room | 1 | | Bedroom | 2 | | | | | **# Level 3 - Baths:** | |
| | | | Laundry | 1 | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **Ownership Type:** | Fee Simple | **Financing:** | | **Pool:** | |
| **Master Bath:** | Ceramic Tile; Tub | **Heat Fuel:** | Electric; Oil Above Ground | **Roof:** | Shingled |
| **Basement:** | Full; Unfinished | **Interior:** | Center Hall | **Siding:** | Vinyl |
| **Dining Room:** | Floor - Wood | **Kitchen:** | Floor - Ceramic | **Special Needs:** | |
| **Exterior:** | Deck; Fence; Patio; Shed | **Lot Description:** | Oversized; Treed Lots | **Style:** | Colonial |
| **Floors:** | | **Living Room:** | Floor - Wood | **Water Heater:** | Electric |
| **Foyer:** | Ceramic Tile; Closet(s) | **Master Bedroom:** | Floor - W/W Carpet; Full Bath | **Water/Sewer:** | Septic; Well |
| **Great/Family Room:** | Fireplace - Woodburning; Floor - Wood; Sliding Door | **Out Buildings:** | Storage Shed | | |
| | | **Parking:** | Paved Drv | | |
| **Heat/AC:** | Central Air; Forced Hot Air | | | | |
| **Included:** | Ceiling Fan(s); Dishwasher; Dryer; Light Fixtures; Refrigerator; Stove; Stove Hood; Washer | | | | |
| **Excluded:** | personal belongings | | | | |

**Days On Market:** 11

Information is deemed to be reliable, but is not guaranteed. © 2018 MLS and FBS. Prepared by Challisa Royster on Monday, April 23, 2018 11:34 AM. The information on this sheet has been made available by the MLS and may not be the listing of the provider.

| 21802154 | Residential | 32 Summerhill Ave, Jackson, NJ 08527 | LP:$454,500 |



| | | | | |
|---|---|---|---|---|
| **Status:** | Active | | **List Price:** | $454,500 |
| **Property Sub-Type:** | Single Family | | **Apx Year Built:** | 2001 |
| **Sub-Type:** | Detached | | **Apx SqFt:** | 2,531 |
| **Minimum Age:** | | | **Basement:** | Yes |
| **County:** | Ocean | | **Rooms:** | 9 |
| **Municipality:** | Jackson (JAC) | | **Bedrooms:** | 4 |
| **Area/Section:** | Jackson Twnsp | | **Baths:** | 2 / 1 |
| **Complex/Subdivision:** | Green Hills | | **FP / #:** | Yes / 1 |
| **Apx Lot Dimensions:** | | | **Garage / #:** | Yes / 2 |
| **Acreage:** | 1.05 | | **Waterfront:** | No |
| **Elementary School:** | Crawford Rodriguez | | **Waterview:** | No |
| **Middle School:** | Christa McAuliffe | | **Handicap Access:** | No |
| **High School:** | Jackson Liberty | | **Directions:** | Chandler Rd to WINTER WAY TO LEFT ON SUMMERHILL |
| **Other Elementary:** | | | | |
| **Other High:** | | | | |
| **Style:** | Colonial | | | |
| **Model:** | | | | |
| **Zoning:** | Neighborhood; Residential | | | |

COME MAKE THIS 4 BEDROOM 2.5 BATH COLONIAL YOUR HOME WITH 2 CAR SIDE ENTRY GARAGE. 2 STORY FOYER WITH ADJACENT OFFICE/STUDY THAT MAY BE USED AS THE 5TH BEDROOM (HAS A CLOSET). THE LIVING ROOM AND DININGROOM SEPERATE BY COLUMNS ARE READY FOR ENTERTAINING. THE 42"KITCHEN CABINETS,CENTER ISLAND WITH ALL APLLIANCES IS READY FOR THE COOK IN THE HOUSE. THE WOOD BURNING FIREPLACE IN THE FAMILY ROOM FOR THE COZY NIGHTS. THE 2 TIERED PAVER DECK IS READY FOR SUMMERTIME FUN. MASTER BEDROOM WITH ATTACHED FULL BATH , 3 ADDITIONAL BEDROOMS WITH ANOTHER FULL BATH FINISHES THE HOME....

| | | | | |
|---|---|---|---|---|
| **Tax Year:** | 2017 | **Asmnt - Total:** 0 | **New Construction:** | **Deed Restricted:** |
| **Taxes:** | 10,125 | | **Farm:** | **Farm Assessed:** |
| **Special Assessment:** | | | **Assessment Status:** Assessed | |

| | | | | |
|---|---|---|---|---|
| **Assn Fee:** | **Management Type:** | No Management | **Fee Includes:** | **App Escrow Required:** |
| **Assn Fee Paid:** | **Common Elements:** | | | |

| Room Name | Level | Dimensions | Room Name | Level | Dimensions | Room Name | Level | Dimensions | |
|---|---|---|---|---|---|---|---|---|---|
| Foyer | 1 | | Master Bedroom | 2 | 12' 4" x 17' 8" | | | | # Basement - Baths: |
| Living Room | 1 | 12'4" x 14' 8" | Bath - Master | 2 | | | | | # Level 1 - Baths: |
| Dining Room | 1 | 12' 4" x 13'9" | Bedroom | 2 | 11' 8" x 10' 7" | | | | # Level 2 - Baths: |
| Eat-In-Kitchen | 1 | 12' x 15' | Bedroom | 2 | 11' 8" x 10' 4" | | | | # Level 3 - Baths: |
| Breakfast | 1 | 10'7" x 11' 5" | Bedroom | 2 | 10' 4" x 11' 1" | | | | |
| Family Room | 1 | 21' 3" x 14' 5" | Bath - 1/2 | 1 | | | | | |
| | | | Bath - Full | 2 | | | | | |
| | | | Study | 1 | 11' 4' x 10 ' | | | | |

| | | | | |
|---|---|---|---|---|
| **Ownership Type:** | Fee Simple | **Financing:** | **Pool:** | |
| **Master Bath:** | Ceramic Tile; Double Sinks; Shower Stall; Tub | **Heat Fuel:** Natural Gas | **Roof:** | Shingled |
| | | **Interior:** Attic; Attic - Other; Center Hall; Laundry Tub; Recessed Light; Sliding Door | **Siding:** | Vinyl |
| **Basement:** | Bilco Style Doors; Full; Unfinished | | **Special Needs:** | |
| **Dining Room:** | Floor - W/W Carpet | **Kitchen:** Center Island; Eat-In; Floor - Linoleum/Vinyl; Pantry; Sliding Door | **Style:** | Colonial |
| **Exterior:** | Outdoor Lighting; Patio | | **Water Heater:** | Natural Gas |
| **Floors:** | Cement | **Lot Description:** Treed Lots | **Water/Sewer:** | Public Sewer; Public Water |
| **Foyer:** | Floor - Wood; Two Story | | | |
| **Great/Family Room:** | Fireplace - Woodburning; Floor - W/W Carpet | **Living Room:** Floor - W/W Carpet | | |
| **Heat/AC:** | Central Air; Forced Hot Air | **Master Bedroom:** Floor - W/W Carpet; Full Bath | | |
| | | **Out Buildings:** Storage Shed | | |
| | | **Parking:** Double Wide Drive; Driveway; Oversized Drive | | |

**Included:** Blinds/Shades; Dishwasher; Garage Door Opener; Light Fixtures; Microwave; Outdoor Lighting; Refrigerator; Stove
**Excluded:** WASHER AND DRYER DINING ROOM FIXTURE

**Days On Market:** 93

**Showing:** Showing Time

Information is deemed to be reliable, but is not guaranteed. © 2018 MLS and FBS. Prepared by Challisa Royster on Monday, April 23, 2018 11:34 AM. The information on this sheet has been made available by the MLS and may not be the listing of the provider.

| 21807610 Residential | 1 Opal Ct, Jackson, NJ 08527 | LP:$499,900 |



| | | | |
|---|---|---|---|
| **Status:** | Active | **List Price:** | $499,900 |
| **Property Sub-Type:** | Single Family | **Apx Year Built:** | 2006 |
| **Sub-Type:** | Detached | **Apx SqFt:** | |
| **Minimum Age:** | | **Basement:** | Yes |
| **County:** | Ocean | **Rooms:** | 10 |
| **Municipality:** | Jackson (JAC) | **Bedrooms:** | 5 |
| **Area/Section:** | Jackson Mills | **Baths:** | 3 / 0 |
| **Complex/Subdivision:** | Farmingdale Woods | **FP / #:** | / |
| **Apx Lot Dimensions:** | | **Garage / #:** | Yes / 2 |
| **Acreage:** | | **Waterfront:** | No |
| **Elementary School:** | | **Waterview:** | No |
| **Middle School:** | | **Handicap Access:** | |
| **High School:** | | **Directions:** Jackson Mills Rd to left onto Farmingdale Rd, left on Sapphire, left on Amethyst, left onto Opal, First house on left. | |
| **Other Elementary:** | | | |
| **Other High:** | | | |
| **Style:** | Colonial | | |
| **Model:** | | | |
| **Zoning:** | | | |

This Beautiful home on a cul-de-sac has everything from the Inviting and Charming front porch to a large kitchen, with stunning 9 foot ceilings, and new carpet upstairs. This home also has a possible in-law/nanny suite with an attached bathroom on main floor and an Unfinished basement ready for your imagination. Come and see this gem before its to late! This home is a short sale.

| | | | | | |
|---|---|---|---|---|---|
| **Tax Year:** | 2017 | **Asmnt - Total:** 527,500 | **New Construction:** No | **Deed Restricted:** | |
| **Taxes:** | 12,380 | | **Farm:** | **Farm Assessed:** | |
| **Special Assessment:** | | | **Assessment Status:** | Assessment - N/A | |

| **Assn Fee:** | **Management Type:** | **Fee Includes:** | **App Escrow Required:** |
|---|---|---|---|
| **Assn Fee Paid:** | **Common Elements:** | | |

| Room Name | Level | Dimensions | Room Name | Level | Dimensions | Room Name | Level | Dimensions | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | **# Basement - Baths:** |
| | | | | | | | | | **# Level 1 - Baths:** |
| | | | | | | | | | **# Level 2 - Baths:** |
| | | | | | | | | | **# Level 3 - Baths:** |

| | | | | | |
|---|---|---|---|---|---|
| **Ownership Type:** | | **Financing:** | | **Pool:** | |
| **Master Bath:** | | **Heat Fuel:** | Natural Gas | **Roof:** | Shingled |
| **Basement:** | Unfinished | **Interior:** | | **Siding:** | |
| **Dining Room:** | | **Kitchen:** | | **Special Needs:** | |
| **Exterior:** | Porch - Open | **Lot Description:** | | **Style:** | Colonial |
| **Floors:** | | **Living Room:** | | **Water Heater:** | Natural Gas |
| **Foyer:** | | **Master Bedroom:** | | **Water/Sewer:** | Septic; Well |
| **Great/Family Room:** | | **Out Buildings:** | | | |
| **Heat/AC:** | 2 Zoned AC; Central Air; Forced Hot Air | **Parking:** | | | |

**Days On Market:** 54

**Showing:** Showing Time

Information is deemed to be reliable, but is not guaranteed. © 2018 MLS and FBS. Prepared by Challisa Royster on Monday, April 23, 2018 11:34 AM. The information on this sheet has been made available by the MLS and may not be the listing of the provider.



www.sandcastlefs.com

Phone: (262) 754-6006   Fax: (262) 754-6008

client@sandcastlefs.com

# Results - Photos

## Address Verification - Posted Address

**Date of Visit: 4/21/2018 4:00:00 PM**



## Service Address Front View

**Date of Visit: 4/21/2018 4:00:00 PM**



## Service Address Front View

**Date of Visit: 4/21/2018 4:00:00 PM**



## Service Address Front View

**Date of Visit: 4/21/2018 4:00:00 PM**





www.sandcastlefs.com

Phone: (262) 754-6006   Fax: (262) 754-6008

client@sandcastlefs.com

# Results - Photos

## Service Address Other View

**Date of Visit: 4/21/2018 4:00:00 PM**



## Street View/Street Scene

**Date of Visit: 4/21/2018 4:00:00 PM**



## Street View/Street Scene

**Date of Visit: 4/21/2018 4:00:00 PM**



## Comparable Sale 1

**Date of Visit: 4/21/2018 4:00:00 PM**





www.sandcastlefs.com

**Phone: (262) 754-6006   Fax: (262) 754-6008**

client@sandcastlefs.com

# Results - Photos

## Comparable Sale 2

**Date of Visit: 4/21/2018 4:00:00 PM**



## Comparable Sale 3

**Date of Visit: 4/21/2018 4:00:00 PM**



## Comparable Listing 1

**Date of Visit: 4/21/2018 4:00:00 PM**



## Comparable Listing 2

**Date of Visit: 4/21/2018 4:00:00 PM**





www.sandcastlefs.com

**Phone: (262) 754-6006  Fax: (262) 754-6008**

client@sandcastlefs.com

# Results - Photos

## Comparable Listing 3

**Date of Visit: 4/21/2018 4:00:00 PM**

