Office Mailing Address:  
Albert Russo, Trustee  
CN 4853  
Trenton, NJ 08650  

Send Payments **ONLY** to:  
Albert Russo, Trustee  
PO Box 933  
Memphis, TN 38101-0933  

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2018 to 12/31/2018  
**Chapter 13 Case No. 18-19513 / CMG**

Kenneth Ebbert, Jr.

Petition Filed Date: 05/09/2018  
341 Hearing Date: 06/07/2018  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 06/01/2018 | $500.00 | 49567140 | 07/05/2018 | $500.00 | 50484520 | 07/30/2018 | $500.00 | 51031380 |
| 08/29/2018 | $500.00 | 51866080 | 10/02/2018 | $500.00 | 52816390 | 11/06/2018 | $500.00 | 53732300 |
| 12/10/2018 | $500.00 | 54537650 | | | | | | |

**Total Receipts for the Period: $3,500.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $4,000.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Kenneth Ebbert, Jr. | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | DANIEL E STRAFFI ESQ<br>»» AMD DISCLOSURE | Attorney Fees<br>No Disbursements: No Check | $1,500.00 | $0.00 | $1,500.00 |
| 1 | DISCOVER BANK | Unsecured Creditors | $11,652.45 | $0.00 | $0.00 |
| 2 | SUN EAST FEDERAL CREDIT UNION<br>»» 2013 CHRYSLER TOWN & COUNTRY | Debt Secured by Vehicle | $457.13 | $0.00 | $0.00 |
| 3 | NELNET ON BEHALF OF COLLEGE ASSIST | Unsecured Creditors | $3,903.73 | $0.00 | $0.00 |
| 4 | UNITED TELETECH FINANCIAL FCU<br>»» 2008 CADILLAC ESCALADE | Debt Secured by Vehicle | $1,072.86 | $0.00 | $0.00 |
| 5 | UNITED TELETECH FINANCIAL FCU | Unsecured Creditors | $17,595.46 | $0.00 | $0.00 |
| 6 | CREDIT FIRST NA | Unsecured Creditors | $1,857.97 | $0.00 | $0.00 |
| 7 | VERIZON BY AMERICAN INFOSOURCE LP | Unsecured Creditors | $155.04 | $0.00 | $0.00 |
| 8 | BANK OF AMERICA | Unsecured Creditors | $4,651.90 | $0.00 | $0.00 |
| 9 | BANK OF AMERICA | Unsecured Creditors | $2,139.05 | $0.00 | $0.00 |
| 10 | QUANTUM3 GROUP LLC<br>»» BJS | Unsecured Creditors | $10,590.18 | $0.00 | $0.00 |
| 11 | TD BANK USA NA | Unsecured Creditors | $3,680.46 | $0.00 | $0.00 |
| 12 | BARNABAS HEALTH MEDICAL GROUP | Unsecured Creditors | $761.97 | $0.00 | $0.00 |
| 13 | NEW PENN FINANCIAL LLC<br>»» P/960 FARMINGDALE ROAD./1ST MTG/ORD 9/28/HOMEBRIDGE | Mortgage Arrears<br>No Disbursements: Pending Loan Mod. | $28,288.59 | $0.00 | $0.00 |
| 14 | PROSPER MARKETPLACE INC. | Unsecured Creditors | $12,058.55 | $0.00 | $0.00 |
| 15 | UNITED TELETECH FINANCIAL FCU<br>»» 960 FARMINGDALE RD/2ND MTG | Mortgage Arrears<br>Hold Funds: Late Filed Claim | $1,876.33 | $0.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 12/31/2018:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,000.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $0.00 | Current Monthly Payment: | $500.00 |
| Paid to Trustee: | $270.00 | Arrearages: | $0.00 |
| Funds on Hand: | $3,730.00 | | |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**