# McKENNA, DuPONT, HIGGINS & STONE

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

229 BROAD STREET
P.O. BOX 610
RED BANK, NEW JERSEY 07701
TELEPHONE (732) 741-6681
TELEFAX (732) 576-1787
REAL ESTATE TELEFAX (732) 741-5070
mdhs@redbanklaw.com
http:\\www.redbanklaw.com

EDWARD J. McKENNA, JR.*
MICHAEL R. DuPONT*
KERRY E. HIGGINS
JENNIFER STONE HALL*
EDWARD G. WASHBURNE
* Member of N.J., N.Y. & WASH D.C. Bar
* Member of N.J. & N.Y. Bar

WILLIAM T. MCGOVERN
OF COUNSEL

GORDON N, GEMMA
OF COUNSEL

February 22, 2019

Honorable Christine M. Gravelle
Clarkson S. Fisher US Courthouse
402 East State Street, Courtroom 3
Trenton, NJ 08608

     Re:    Kenneth Ebbert, Jr.
              Chapter 13, Case No. 18-19513
              Hearing Date: March 6, 2019
              Our Client: United Teletech Financial Federal Credit Union

Dear Judge Gravelle:

     Please kindly accept this correspondence as a withdrawal of my Objection to Confirmation of Plan Pursuant to Bankruptcy Rule 3015 that was filed on September 12, 2018 (Docket No. 24) with regard to the above-referenced matter. Upon completion and review of an appraisal conducted on February 15, 2019, it has been determined that there is not enough equity in the property to secured my client's second mortgage, thereby rendering the Objection moot.

     I thank the Court for its attention in this matter.

                                     Respectfully submitted,
                                     McKENNA, DuPONT, HIGGINS & STONE, PC

                                     */s/ Michael R. DuPont*
                                     Michael R. DuPont, Esquire

MRD/lmp
CC:    Daniel E. Straffi, Esquire
        Albert Russo, Chapter 13 Standing Trustee