Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                    Case No.: 18−19513−CMG
                    Chapter: 13
                    Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kenneth Ebbert Jr.
   aka Kenneth F. Ebbert, II, aka Ken Ebbert,
   aka Kenneth Francis Ebbert, Jr., aka
   Kenneth Francis Ebbert, II, aka Kenneth F.
   Ebbert, Jr.
   960 Farmingdale Rd
   Jackson, NJ 08527−1369

Social Security No.:
   xxx−xx−3211

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Christine M. Gravelle on:

Date:     5/1/19
Time:    12:00 PM
Location:  Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
Daniel E. Straffi, Debtor's Attorney

COMMISSION OR FEES
fee: $5145.00

EXPENSES
$78.51

Creditors may be heard before the applications are determined.

    An appearance is not required on an application for compensation unless an objection is filed. Any objection must be filed with the court and served on interested parties not later than 7 days before the scheduled hearing.

Dated: April 5, 2019
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Kenneth Ebbert, Jr.  
    Debtor

Case No. 18-19513-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 3     Date Rcvd: Apr 05, 2019  
                      Form ID: 137     Total Noticed: 110

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 07, 2019.

```
db              Kenneth Ebbert, Jr.,    960 Farmingdale Rd,    Jackson, NJ 08527-1369
lm             +Cenlar,    7 Graphics Drive,    Ewing, NJ 08628-1547
cr             +United Teletech Financial,    McKenna, DuPont, Higgins & Stone,    PO Box 610,    229 Broad Street,
                 Red Bank, NJ 07701-2009
517522641      +B & B Collections,    PO Box 2137,    Toms River, NJ 08754-2137
517522642     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bank of America,    Attn: Bankruptcy,    PO Box 982238,
                 El Paso, TX  79998-2238)
517647501      +BARNABAS HEALTH MEDICAL GROUP,    CCCB,    POB 1750,    Whitehouse Station, NJ 08889-1750
517522647       BCA Financial Services, Inc.,    18001 Old Cutler Road, Suite 462,    Miami, FL 33157-6437
517522648       BHMG -MMC No Behavorial,    PO Box 826796,    Philadelphia, PA 19182-6796
517633759      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
517522644       Bankamerica,    4909 Savarese Cir,    Tampa, FL 33634-2413
517522645       Barclays Bank Delaware,    PO Box 8803,    Wilmington, DE 19899-8803
517522646       Barclays Bank Delaware,    Attn: Correspondence,    PO Box 8801,    Wilmington, DE 19899-8801
517522650       Bk of Amer,    4909 Savarese Cir,    Tampa, FL 33634-2413
517522656       Chase Auto,    PO Box 901003,    Fort Worth, TX 76101-2003
517522658       Chase Card,    PO Box 15298,    Wilmington, DE 19850-5298
517522659       Chase Card Services,    Correspondence Dept,    PO Box 15298,    Wilmington, DE 19850-5298
517522660       Citibank/the Home Depot,    Centralized Bankruptcy,    PO Box 790034,
                 Saint Louis, MO 63179-0034
517522663      +Convergent Outsourcing, Inc.,    800 SW 39th St,    Renton, WA 98057-4927
517522664      +Credit First N A,    6275 Eastland Rd,    Brook Park, OH 44142-1399
517618057       Credit First NA,    PO Box 818011,    Cleveland, OH 44181-8011
517522665       Credit First National Assoc,    Attn: BK Credit Operations,    PO Box 81315,
                 Cleveland, OH 44181-0315
517522667       Diagnostic Laboratory Service,    520 E 22nd St,    Lombard, IL 60148-6110
517522668       Diagnostic Laboratory Services,    520 E. 22nd Street,    Lombard, IL 60148-6110
517522673       Dsnb Macys,    PO Box 8218,    Mason, OH 45040-8218
517522674      +Emergency Physcian Associate Of South Je,    1 Hamilton Health Place,    Hamilton, NJ 08690-3542
517522675       Estate Information Services, LLC,    PO Box 1398,    Reynoldsburg, OH 43068-6398
517522676       Garden State Heart Center, PC,    831 Tennent Rd Ste 1F,    Manalapan, NJ 07726-8289
517522678       HRRG,    PO Box 8486,    Coral Springs, FL 33075-8486
517651441      +HomeBridge Financial Services, Inc.,    c/o Cenlar FSB,    425 Phillips Blvd,
                 Ewing, NJ 08618-1430
517522679       IC System,    PO Box 64437,    Saint Paul, MN 55164-0437
517522680       Jaclanne Ebbert,    7 Kansas Dr,    Jackson, NJ 08527-1515
517522681       Jaclanne R. Ebbert,    7 Kansas Dr,    Jackson, NJ 08527-1515
517522682       Jay and Renee Emmons,    37 Forest Hill Ave,    Jackson, NJ 08527-2751
517522687       KML Law Group, PC,    216 Haddon Ave Ste 406,    Westmont, NJ 08108-2812
517522685       Kay Jewelers,    Attn: Bankruptcy,    PO Box 1799,    Akron, OH 44309-1799
517522686       Kimball Emergency Medical Associates,    PO Box 417442,    Boston, MA 02241-7442
517522693      +NJ Natural Gas Co.,    PO Box 1378,    Wall, NJ 07719-1378
517550274      +Nelnet on behalf of COAC,    PO Box 16358,    St. Paul, MN 55116-0358
517902465       New Penn Financial, LLC d/b/a Shellpoint Mortgage,    P.O. Box 10675,
                 Greenville, SC  29603-0675
517902466       New Penn Financial, LLC d/b/a Shellpoint Mortgage,    P.O. Box 10675,
                 Greenville, SC  29603-0675,    New Penn Financial, LLC d/b/a Shellpoint,    P.O. Box 10675,
                 Greenville, SC  29603-0675
517522694      +North Shore Agency,    PO Box 17211,    Wilmington, DE 19850-7211
517522695       Northland Group Inc.,    PO Box 390846,    Minneapolis, MN 55439-0846
517522696       Pathology Associates of Princeton,    4 Princess Rd Ste 207,    Lawrenceville, NJ 08648-2322
517522697       Pediatric Orthopedic Associates,    585 Cranbury Rd,    East Brunswick, NJ 08816-4092
517522698      +Phillips & Cohen Associates, Ltd.,    1002 Justison Street,    Wilmington, DE 19801-5148
517522699       Princeton Healthcare System,    PO Box 789226,    Philadelphia, PA 19178-9226
517522700       Princeton Medicine Heart Group,    4 Princess Rd Ste 207,    Lawrenceville, NJ 08648-2322
517522701       Princeton Radiology Associates, PA,    PO Box 956,    Evansville, IN 47706-0956
517522706      +Rickart Collection Systems, inc,    575 Milltown Rd,    North Brunswick, NJ 08902-3336
517523407       Samantha Welch,    960 Farmingdale Rd,    Jackson, NJ 08527-1369
517522707       Seabrook House, Inc.,    133 Polk Ln,    Bridgeton, NJ 08302-5905
517522708       Selip & Stylianou, LLP,    199 Crossways Park Drive PO Box 9004,    Woodbury, NY 11797-9004
517522709       South Shore Bank,    Attn: Bankruptcy,    PO Box 151,    Weymouth, MA 02188-0904
517522710       Sun East Federal Cr Un,    PO Box 2231,    Aston, PA 19014-0231
517549842      +Sun East Federal Credit Union,    4500 Pennell Rd.,    Aston, PA 19014-1862
517522721       Target,    Attn: Bankruptcy Dept Target Card Servic,    PO Box 9475,
                 Minneapolis, MN 55440-9475
517522722       Td Bank USA/Targetcred,    PO Box 673,    Minneapolis, MN 55440-0673
517522723       Thd/Cbna,    PO Box 6497,    Sioux Falls, SD 57117-6497
517522724       The Eye Center at Jackson,    260 N County Line Rd,    Jackson, NJ 08527-4473
517522725       Tnb - Target,    PO Box 673,    Minneapolis, MN 55440-0673
517522726       Tnb-Visa (TV) / Target,    C/O Financial & Retail Services Mailstop,    PO Box 9475,
                 Minneapolis, MN 55440-9475
517522727       United Teletech Fin Fc,    205 Hance Ave,    Tinton Falls, NJ 07724-2764
517522730       Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    PO Box 8053,
                 Mason, OH 45040-8053
```

```
District/off: 0312-3          User: admin              Page 2 of 3              Date Rcvd: Apr 05, 2019
                              Form ID: 137             Total Noticed: 110


517522731      Wells Fargo Financial National Bank,    PO Box 94498,    Las Vegas, NV  89193-4498

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 05 2019 23:34:34      U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 05 2019 23:34:30      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517522640      +E-mail/Text: kristin.villneauve@allianceoneinc.com Apr 05 2019 23:33:11
                 Alliance One Receivables Management,    4850 Street Road, SutIe 300,    Trevosa, PA 19053-6600
517522653       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 05 2019 23:37:43      Capital One, NA,
                 15000 Capital One Drive,    Richmond, VA  23238-0000
517522651       E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Apr 05 2019 23:36:31      Capital One Auto Finan,
                 3901 Dallas Pkwy,    Plano, TX  75093-7864
517522652       E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Apr 05 2019 23:37:06
                 Capital One Auto Finance,    Attn: Bankruptcy,    PO Box 30285,    Salt Lake City, UT  84130-0285
517522654       E-mail/Text: kzoepfel@credit-control.com Apr 05 2019 23:34:36      Central Loan Admin & R,
                 PO Box 77404,    Ewing, NJ  08628-6404
517522655       E-mail/Text: bankruptcy@certifiedcollection.com Apr 05 2019 23:34:16
                 Certified Credit & Collection Bureau,    PO Box 1750,    Whitehouse Station, NJ  08889-1750
517522657      +E-mail/Text: bk.notifications@jpmchase.com Apr 05 2019 23:34:16      Chase Auto Finance,
                 National Bankruptcy Dept,    201 N Central Ave MSC AZ1-1191,    Phoenix, AZ 85004-1071
517522661       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 05 2019 23:34:07      Comenitycapital/bjsclb,
                 Attn: Bankruptcy Dept,    PO Box 182125,    Columbus, OH  43218-2125
517522662       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 05 2019 23:34:07      Comenitycb/bjsclub,
                 PO Box 182120,    Columbus, OH  43218-2120
517522666      +E-mail/PDF: creditonebknotifications@resurgent.com Apr 05 2019 23:36:20      Credit One Bank, NA,
                 PO Box 98873,    Las Vegas, NV 89193-8873
517534277       E-mail/Text: mrdiscen@discover.com Apr 05 2019 23:33:12      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
517522670       E-mail/Text: mrdiscen@discover.com Apr 05 2019 23:33:12      Discover Fin Svcs LLC,
                 PO Box 15316,    Wilmington, DE  19850-5316
517522671       E-mail/Text: mrdiscen@discover.com Apr 05 2019 23:33:12      Discover Financial,   PO Box 3025,
                 New Albany, OH  43054-3025
517522672       E-mail/Text: e.salmons@doveroilcompany.com Apr 05 2019 23:34:36      Dover Oil Company,
                 239 Dover Rd,    Toms River, NJ  08757-5142
517522677       E-mail/Text: Bankruptcy@homebridge.com Apr 05 2019 23:35:31
                 Homebridge Financial Services, Inc.,    194 Wood Ave S Fl 9,    Iselin, NJ  08830-2761
517522683       E-mail/Text: JSUMCbankruptcy@hackensackmeridian.org Apr 05 2019 23:35:16
                 Jersey Shore University Medical Center,    Meridian Health,    PO Box 399,
                 Neptune, NJ  07754-0399
517522684      +E-mail/Text: BKRMailOPS@weltman.com Apr 05 2019 23:33:58      Kay Jewelers,   375 Ghent Rd,
                 Fairlawn, OH 44333-4600
517522688      +E-mail/Text: bknotices@mbandw.com Apr 05 2019 23:34:58      Mccarthy, Burgess & Wolfe,
                 26000 Cannon Road,    Cleveland, OH 44146-1807
517522689       E-mail/Text: ebn@rwjbh.org Apr 05 2019 23:35:00      Monmouth Medical Center,    PO Box 903,
                 Oceanport, NJ  07757-0903
517522690      +E-mail/Text: ebn@rwjbh.org Apr 05 2019 23:35:00      Monmouth Medical Center,    300 2nd Avenue,
                 Long Branch, NJ 07740-6395
517522691       E-mail/Text: electronicbkydocs@nelnet.net Apr 05 2019 23:34:38      Nelnet Loans,   Attn: Claims,
                 PO Box 82505,    Lincoln, NE  68501-2505
517522692       E-mail/Text: electronicbkydocs@nelnet.net Apr 05 2019 23:34:38      Nelnet Loans,
                 6420 Southpoint Pkwy,    Jacksonville, FL  32216-0946
517522702       E-mail/Text: bankruptcy@prosper.com Apr 05 2019 23:35:08      Prosper Marketplace In,
                 101 2nd St Fl 15,    San Francisco, CA  94105-3672
517522703       E-mail/Text: bankruptcy@prosper.com Apr 05 2019 23:35:08      Prosper Marketplace Inc,
                 PO Box 396081,    San Francisco, CA  94139-6081
517652201      +E-mail/Text: bncmail@w-legal.com Apr 05 2019 23:34:43      Prosper Marketplace Inc.,
                 C/O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
517637128       E-mail/Text: bnc-quantum@quantum3group.com Apr 05 2019 23:34:21
                 Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                 Kirkland, WA  98083-0788
517522705       E-mail/Text: newbk@Regions.com Apr 05 2019 23:34:46      Regions Bank,   PO Box 11007,
                 Birmingham, AL  35288-0001
517522704       E-mail/Text: newbk@Regions.com Apr 05 2019 23:34:46      Regions Bank,   Attn: Bankruptcy,
                 PO Box 10063,    Birmingham, AL  35202-0063
517522713       E-mail/PDF: gecsedi@recoverycorp.com Apr 05 2019 23:36:06      Syncb/Park West Galler,
                 Attn: Bankruptcy,    PO Box 965060,    Orlando, FL  32896-5060
517522712       E-mail/PDF: gecsedi@recoverycorp.com Apr 05 2019 23:37:22      Syncb/Park West Galler,   C/o,
                 PO Box 965036,    Orlando, FL  32896-5036
517522716       E-mail/PDF: gecsedi@recoverycorp.com Apr 05 2019 23:36:07      Syncb/Smart Carpet,
                 Attn: Bankruptcy,    PO Box 965060,    Orlando, FL  32896-5060
517522715       E-mail/PDF: gecsedi@recoverycorp.com Apr 05 2019 23:36:09      Syncb/Smart Carpet,
                 950 Forrer Blvd,    Kettering, OH  45420-1469
517522717       E-mail/PDF: gecsedi@recoverycorp.com Apr 05 2019 23:36:08      Syncb/Walmart DC,   PO Box 965024,
                 Orlando, FL  32896-5024
517522711       E-mail/PDF: gecsedi@recoverycorp.com Apr 05 2019 23:36:46      Syncb/lowes,   PO Box 965005,
                 Orlando, FL  32896-5005
517522714       E-mail/PDF: gecsedi@recoverycorp.com Apr 05 2019 23:36:09      Syncb/sleepys,   C/o,
                 PO Box 965036,    Orlando, FL  32896-5036
```

```
District/off: 0312-3          User: admin              Page 3 of 3                  Date Rcvd: Apr 05, 2019
                              Form ID: 137             Total Noticed: 110

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517524032       +E-mail/PDF: gecsedi@recoverycorp.com Apr 05 2019 23:36:46      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517522718        E-mail/PDF: gecsedi@recoverycorp.com Apr 05 2019 23:36:07      Synchrony Bank/Hh Gregg,
                 Attn: Bankruptcy,    PO Box 965060,    Orlando, FL 32896-5060
517522719        E-mail/PDF: gecsedi@recoverycorp.com Apr 05 2019 23:36:07      Synchrony Bank/Lowes,
                 Attn: Bankruptcy Dept,    PO Box 965060,    Orlando, FL 32896-5060
517522720        E-mail/PDF: gecsedi@recoverycorp.com Apr 05 2019 23:37:25      Synchrony Bank/Walmart,
                 Attn: Bankruptcy Dept,    PO Box 965060,    Orlando, FL 32896-5060
517646649       +E-mail/Text: bncmail@w-legal.com Apr 05 2019 23:34:43      TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
517617711        E-mail/Text: laura@redbanklaw.com Apr 05 2019 23:33:12
                 United Teletech Financial Federal Credit Union,   C/O McKenna, DuPont, Higgins & Stone, PC,
                 PO Box 610,   Red Bank, NJ 07701-0610
517522728       +E-mail/Text: ebn@vantagesourcing.com Apr 05 2019 23:35:00      Vantage Sourcing,
                 4930 W State Highway 52,    Taylor, AL 36305-9102
517522729        E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Apr 05 2019 23:33:00
                 Verizon,    Attn: Wireless Bankrupty Admin,    500 Technology Dr Ste 500,
                 Weldon Spring, MO 63304-2225
517632725       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 05 2019 23:37:50      Verizon,
                 by American InfoSource LP as agent,   4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                             TOTAL: 46

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517522643*     ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
                (address filed with court: Bankamerica,    PO Box 982238,    El Paso, TX  79998-2238)
517522649*     ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
                (address filed with court: Bk of Amer,   PO Box 982238,    El Paso, TX  79998-2238)
517522669*      Diagnostic Laboratory Services,   520 E 22nd St,   Lombard, IL 60148-6110
                                                                                   TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 07, 2019                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 4, 2019 at the address(es) listed below:
              Albert  Russo    docs@russotrustee.com
              Daniel E. Straffi    on behalf of Debtor Kenneth  Ebbert, Jr. bkclient@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com
              Denise E. Carlon    on behalf of Creditor    HomeBridge Financial Services, Inc.
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Michael R. DuPont    on behalf of Creditor    United Teletech Financial dupont@redbanklaw.com,
               dana@redbanklaw.com
              Rebecca Ann Solarz    on behalf of Creditor    HomeBridge Financial Services, Inc.
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 6
```