UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

STRAFFI & STRAFFI, LLC
670 Commons Way
Toms River, NJ 08755
(732) 341-3800
(732) 341-3548 (fax)
bkclient@straffilaw.com
Attorney for Debtor(s)

Order Filed on May 3, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Ebbert, Jr., Kenneth

Case No.: 18-19513

Chapter: 13

Judge: CMG

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: May 3, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Daniel E. Straffi, Jr._____, the applicant, is allowed a fee of $ _____5,145.00_____ for services rendered and expenses in the amount of $_____78.51_____ for a total of $_____5,223.51_____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____688.00_____ per month for _____49_____ months to allow for payment of the above fee.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Kenneth Ebbert, Jr.  
    Debtor

Case No. 18-19513-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: May 03, 2019  
                    Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 05, 2019.  
db         Kenneth Ebbert, Jr.,    960 Farmingdale Rd,    Jackson, NJ    08527-1369

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 05, 2019          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 3, 2019 at the address(es) listed below:  
       Albert Russo    docs@russotrustee.com  
       Daniel E. Straffi    on behalf of Debtor Kenneth Ebbert, Jr. bkclient@straffilaw.com, G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com  
       Denise E. Carlon    on behalf of Creditor HomeBridge Financial Services, Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Michael R. DuPont    on behalf of Creditor United Teletech Financial dupont@redbanklaw.com, dana@redbanklaw.com  
       Rebecca Ann Solarz    on behalf of Creditor HomeBridge Financial Services, Inc. rsolarz@kmllawgroup.com  
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

     TOTAL: 6