Office Mailing Address:  
Albert Russo, Trustee  
CN 4853  
Trenton, NJ  08650

Send Payments **ONLY** to:  
Albert Russo, Trustee  
PO Box 933  
Memphis, TN  38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2019 to 12/31/2019  
**Chapter 13 Case No. 18-19513 / CMG**

Kenneth Ebbert, Jr.

Petition Filed Date: 05/09/2018  
341 Hearing Date: 06/07/2018  
Confirmation Date: 03/06/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/03/2019 | $500.00 | 55166510 | 01/28/2019 | $500.00 | 55723240 | 02/28/2019 | $500.00 | 56573900 |
| 03/27/2019 | $573.00 | 57296050 | 05/07/2019 | $573.00 | 58451570 | 06/05/2019 | $688.00 | 59188740 |
| 06/26/2019 | $688.00 | 59668760 | 08/01/2019 | $688.00 | 60587040 | 09/09/2019 | $688.00 | 61618710 |
| 10/10/2019 | $688.00 | 62465720 | 11/05/2019 | $688.00 | 63117630 | 11/26/2019 | $688.00 | 63552760 |
| 12/30/2019 | $688.00 | 64364960 | | | | | | |

**Total Receipts for the Period: $8,150.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $12,338.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Kenneth Ebbert, Jr. | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Daniel Straffi, Esq.<br>»» 7/14/18 AMD DISCLOSURE | Attorney Fees | $1,500.00 | $1,500.00 | $0.00 |
| 1 | DISCOVER BANK | Unsecured Creditors | $11,652.45 | $0.00 | $11,652.45 |
| 2 | SUN EAST FEDERAL CREDIT UNION<br>»» 2013 CHRYSLER TOWN & COUNTRY | Debt Secured by Vehicle | $457.13 | $67.03 | $390.10 |
| 3 | NELNET ON BEHALF OF COLLEGE ASSIST | Unsecured Creditors | $3,903.73 | $0.00 | $3,903.73 |
| 4 | UNITED TELETECH FINANCIAL FCU<br>»» 2008 CADILLAC ESCALADE | Debt Secured by Vehicle<br>No Disbursements: Surrendered | $0.00 | $0.00 | $0.00 |
| 5 | UNITED TELETECH FINANCIAL FCU | Unsecured Creditors | $17,595.46 | $0.00 | $17,595.46 |
| 6 | CREDIT FIRST NA<br>»» FIRESTONE | Unsecured Creditors | $1,857.97 | $0.00 | $1,857.97 |
| 7 | VERIZON BY AMERICAN INFOSOURCE LP | Unsecured Creditors | $155.04 | $0.00 | $155.04 |
| 8 | BANK OF AMERICA | Unsecured Creditors | $4,651.90 | $0.00 | $4,651.90 |
| 9 | BANK OF AMERICA | Unsecured Creditors | $2,139.05 | $0.00 | $2,139.05 |
| 10 | QUANTUM3 GROUP LLC<br>»» BJS | Unsecured Creditors | $10,590.18 | $0.00 | $10,590.18 |
| 11 | TD BANK USA NA | Unsecured Creditors | $3,680.46 | $0.00 | $3,680.46 |
| 12 | BARNABAS HEALTH MEDICAL GROUP | Unsecured Creditors | $761.97 | $0.00 | $761.97 |
| 13 | NEW PENN FINANCIAL LLC<br>»» P/960 FARMINGDALE RD/1ST MTG/ORD 9/28/18/HOMEBRIDGE | Mortgage Arrears | $28,288.59 | $4,148.20 | $24,140.39 |
| 14 | PROSPER MARKETPLACE INC. | Unsecured Creditors | $12,058.55 | $0.00 | $12,058.55 |

**Chapter 13 Case No. 18-19513 / CMG**

| | | | | | |
|---|---|---|---|---|---|
| 15 | UNITED TELETECH FINANCIAL FCU<br>»» 960 FARMINGDALE RD/2ND MTG/CRAM BALANCE | Unsecured Creditors<br>No Disbursements: Filed Out of Time | $0.00 | $0.00 | $0.00 |
| 0 | Daniel Straffi, Esq.<br>»» ORDER 5/3/19 | Attorney Fees | $5,223.51 | $5,223.51 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/11/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $12,338.00 | Plan Balance: | $27,116.00 ** |
| Paid to Claims: | $10,938.74 | Current Monthly Payment: | $688.00 |
| Paid to Trustee: | $760.80 | Arrearages: | $0.00 |
| Funds on Hand: | $638.46 | Total Plan Base: | $39,454.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*! Register today at www.ndc.org.**

**This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.