| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**RAS Citron, LLC**<br>130 Clinton Road, Suite 202<br>Fairfield, NJ 07004<br>Telephone Number 973-575-0707<br>Attorneys For Secured Creditor NewRez LLC d/b/a<br>Shellpoint Mortgage Servicing<br><br>Shauna Deluca, Esq. (SD-8248) | |
| In Re:<br><br>**Kenneth Ebbert, Jr.**<br>*aka* **Ken Ebbert**<br>*aka* **Kenneth F. Ebbert,, II**<br>*aka* **Kenneth Francis Ebbert,, Jr.**<br>*aka* **Kenneth F. Ebbert,, Jr.**<br>*aka* **Kenneth Francis Ebbert,, II,**<br><br>    **Debtor.** | Case No.:   18-19513-CMG<br><br>Chapter:    13<br><br>Judge:    Christine M. Gravelle |

## **CERTIFICATION OF SERVICE**

1. I, Shauna Deluca, represent NewRez LLC d/b/a Shellpoint Mortgage Servicing in this matter.
2. On October 9, 2020, I caused a copy of the following pleadings and/or documents to be sent to the parties listed in the chart below: Notice of Mortgage Forbearance.
3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: October 9, 2020

                                            **RAS Citron, LLC**
                                            130 Clinton Road, Suite 202
                                            Fairfield, NJ 07004
                                            Telephone Number 973-575-0707
                                            Attorneys For Secured Creditor
                                            By: */s/ Shauna Deluca*
                                            Shauna Deluca, Esquire
                                            NJ Bar Number:  SD-8248
                                            Email: sdeluca@rasflaw.com

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Kenneth Ebbert, Jr.<br>960 Farmingdale Rd<br>Jackson, NJ 08527-1369 | Debtor | ☐ Hand-delivered<br>[x] Regular mail<br>☐ Certified Mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Daniel E. Straffi<br>Straffi & Straffi, LLC<br>670 Commons Way<br>Toms River, NJ 08755 | Debtor's Attorney | ☐ Hand-delivered<br>[x] Regular mail<br>☐ Certified Mail/RR<br>☐ E-mail<br>[x] Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 | Trustee | ☐ Hand-delivered<br>[x] Regular mail<br>☐ Certified Mail/RR<br>☐ E-mail<br>[x] Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>[x] Regular mail<br>☐ Certified Mail/RR<br>☐ E-mail<br>[x] Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |