UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
TRENTON DIVISION

**IN RE:**  CASE NO.: 18-19513-CMG
CHAPTER 13

**Kenneth Ebbert, Jr.,**
   **Debtor.**
_____/

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**RAS CITRON, LLC**
**130 CLINTON RD #202**
**FAIRFIELD, NJ 7004**

RAS Citron, LLC
Authorized Agent for Secured Creditor
130 Clinton Rd #202
Fairfield, NJ 7004
Telephone: 973-575-0707
By: /s/Shauna Deluca
Shauna Deluca
Email: sdeluca@rasflaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 9, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

KENNETH EBBERT, JR.
960 FARMINGDALE RD
JACKSON, NJ 08527-1369

And via electronic mail to:

DANIEL E. STRAFFI
STRAFFI & STRAFFI, LLC
670 COMMONS WAY
TOMS RIVER, NJ 08755

ALBERT RUSSO
STANDING CHAPTER 13 TRUSTEE
CN 4853
TRENTON, NJ 08650-4853

U.S. TRUSTEE
US DEPT OF JUSTICE
OFFICE OF THE US TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK, NJ 07102

By: /s/ Luwam Habtegabir
Luwam Habtegabir
Email: lhabtegabir@rascrane.com