| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 02/24/2021
Chapter 13 Case No. 18-19513 / CMG

Kenneth Ebbert, Jr.

Petition Filed Date: 05/09/2018
341 Hearing Date: 06/07/2018
Confirmation Date: 03/06/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/31/2020 | $688.00 | 65207300 | 03/03/2020 | $688.00 | 66121000 | 04/13/2020 | $688.00 | 67092730 |
| 05/04/2020 | $688.00 | 67638000 | 06/05/2020 | $688.00 | 68469320 | 07/06/2020 | $688.00 | 69224130 |
| 07/29/2020 | $688.00 | 69700410 | 09/09/2020 | $688.00 | 70747800 | 10/09/2020 | $688.00 | 71487020 |
| 10/27/2020 | $688.00 | 71859650 | 11/25/2020 | $688.00 | 72588750 | 01/26/2021 | $688.00 | 74037150 |
| 02/08/2021 | $688.00 | 74409730 | | | | | | |

**Total Receipts for the Period:  $8,944.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $20,594.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Kenneth Ebbert, Jr. | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Daniel Straffi, Esq.<br>»»  7/14/18 AMD DISCLOSURE | Attorney Fees | $1,500.00 | $1,500.00 | $0.00 |
| 1 | DISCOVER BANK | Unsecured Creditors | $11,652.45 | $0.00 | $11,652.45 |
| 2 | SUN EAST FEDERAL CREDIT UNION<br>»»  2013 CHRYSLER TOWN & COUNTRY | Debt Secured by Vehicle | $457.13 | $166.97 | $290.16 |
| 3 | NELNET ON BEHALF OF COLLEGE ASSIST | Unsecured Creditors | $3,903.73 | $0.00 | $3,903.73 |
| 4 | UNITED TELETECH FINANCIAL FCU<br>»»  2008 CADILLAC ESCALADE | Debt Secured by Vehicle<br>No Disbursements: Surrendered | $0.00 | $0.00 | $0.00 |
| 5 | UNITED TELETECH FINANCIAL FCU | Unsecured Creditors | $17,595.46 | $0.00 | $17,595.46 |
| 6 | CREDIT FIRST NA<br>»»  FIRESTONE | Unsecured Creditors | $1,857.97 | $0.00 | $1,857.97 |
| 7 | VERIZON BY AMERICAN INFOSOURCE LP | Unsecured Creditors | $155.04 | $0.00 | $155.04 |
| 8 | BANK OF AMERICA | Unsecured Creditors | $4,651.90 | $0.00 | $4,651.90 |
| 9 | BANK OF AMERICA | Unsecured Creditors | $2,139.05 | $0.00 | $2,139.05 |
| 10 | QUANTUM3 GROUP LLC<br>»»  BJS | Unsecured Creditors | $10,590.18 | $0.00 | $10,590.18 |
| 11 | TD BANK USA NA | Unsecured Creditors | $3,680.46 | $0.00 | $3,680.46 |
| 12 | BARNABAS HEALTH MEDICAL GROUP | Unsecured Creditors | $761.97 | $0.00 | $761.97 |
| 13 | NEW PENN FINANCIAL LLC<br>»»  P/960 FARMINGDALE RD/1ST MTG/ORD 9/28/18/HOMEBRIDGE | Mortgage Arrears | $28,288.59 | $10,968.20 | $17,320.39 |
| 14 | LVNV FUNDING LLC<br>»»  PROSPER | Unsecured Creditors | $12,058.55 | $0.00 | $12,058.55 |

| 15 | UNITED TELETECH FINANCIAL FCU<br>»»  960 FARMINGDALE RD/2ND MTG/CRAM BALANCE | Unsecured Creditors<br>No Disbursements: Filed Out of Time - NO NOT | $0.00 | $0.00 | $0.00 |
| --- | --- | --- | --- | --- | --- |
| 0 | Daniel Straffi, Esq.<br>»»  ORDER 5/3/19 | Attorney Fees | $5,223.51 | $5,223.51 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/24/2021:

| | | | |
| --- | --- | --- | --- |
| Total Receipts: | $20,594.00 | Plan Balance: | $18,860.00 ** |
| Paid to Claims: | $17,858.68 | Current Monthly Payment: | $688.00 |
| Paid to Trustee: | $1,432.99 | Arrearages: | $0.00 |
| Funds on Hand: | $1,302.33 | Total Plan Base: | $39,454.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more  information.**

- **View your case information online for *FREE*!  Register today at <u>www.ndc.org</u>.**


**\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**