UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
Authorized Agent for Secured Creditor
130 Clinton Road, Lobby B, Suite 202
Fairfield, NJ 07004
Telephone: 973-575-0707
Facsimile: 973-404-8886

Shauna Deluca, Esq. (SD-8248)

In Re:
**Kenneth Ebbert, Jr.,**

*aka* **Ken Ebbert**

*aka* **Kenneth F. Ebbert,, II**

*aka* **Kenneth Francis Ebbert,, Jr.**

*aka* **Kenneth F. Ebbert,, Jr.**

*aka* **Kenneth Francis Ebbert,, II**

　　**Debtor.**

Order Filed on March 15, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:    18-19513-CMG

Chapter:    13

Hearing Date: February 17, 2021

Judge:    Christine M. Gravelle

## AGREED ORDER RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

　　The relief set forth on the following pages, numbered two (2) through three (3), is hereby

ORDERED.

**DATED: March 15, 2021**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**Page 2**

Secured Creditor: NewRez LLC d/b/a Shellpoint Mortgage Servicing
Secured Creditor's Counsel: Robertson, Anschutz, Schneid, Crane & Partners, PLLC
Debtors' Counsel: Daniel E. Straffi, Esq.
Property Involved ("Collateral"): 960 Farmingdale Road, Jackson, NJ 08527

Relief sought:          ■ Motion for relief from the automatic stay

For good cause shown, it is **ORDERED** that Secured Creditor's Motion is resolved, subject to the following conditions:

1.          Status of post-petition arrearages:

    ■ The Debtor is overdue for 10 months from May 1, 2020 through February 1, 2021.

    ■ The Debtor is overdue for 6 payments from May 1, 2020 through October 1, 2020 at $2,788.01 per month.

    ■ The Debtor is overdue for 4 payments from November 1, 2020 through February 1, 2021 at $3,122.39 per month.

            Funds Held In Suspense $1,558.54

            Total Arrearages Due $27,659.08

2.     Debtor must cure all post-petition arrearages, as follows:

    ■ Debtor has been approved of a Trial Loan Modification with payments in the amount of $2,949.80 due on March 1, 2021, April 1, 2021, and May 1, 2021. The Debtor shall make these payments pursuant to the terms set forth in the Trial Loan Modification Agreement between the parties **directly to Secured Creditor**.

    ■ In the event that the Debtor fails to comply with the payment schedule within the Trial Modification, and/or the Debtor is not approved for a Final Modification, Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order.  At the time the Certification is filed with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's attorney.

    ■ Secured Creditor does not waive it's right to collect the full contractual post-petition amount due including, but not limited to, the arrears identified above in the event a Final Modification is not approved.

3.    In the event of Default:

■ This agreed order survives any loan modification agreed to and executed during the instant bankruptcy. If any regular mortgage payment due after the execution of a loan modification is more than thirty (30) days late, counsel shall file a Certification of Default with the Court a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay. Debtor shall pay $200.00 for each notice of default issued by Secured Creditor as a result of the Debtor's failure to comply with this Consent Order.

4.    Award of Attorneys' Fees:

■ The Applicant is awarded attorney fees of $350.00 and costs of $188.00.
        The fees and costs are payable:
        ■ Through the Chapter 13 plan.

The undersigned hereby consent to the form and entry of the foregoing order.

_____
Daniel E. Straffi, Esq.
*Attorney for Debtor*
Date:   3/8/2021

*/s/ Shauna Deluca*_____
Shauna Deluca, Esq.
*Attorney for Secured Creditor*
Date: February 22, 2021

United States Bankruptcy Court

District of New Jersey

In re:                                                                Case No. 18-19513-CMG

Kenneth Ebbert, Jr.                                                   Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 15, 2021 | Form ID: pdf903 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 17, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Kenneth Ebbert, Jr., 960 Farmingdale Rd, Jackson, NJ 08527-1369 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2021                          Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 15, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Daniel E. Straffi | on behalf of Debtor Kenneth Ebbert  Jr. bkclient@straffilaw.com, G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com |
| Denise E. Carlon | on behalf of Creditor HomeBridge Financial Services  Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Michael R. DuPont | on behalf of Creditor United Teletech Financial dupont@redbanklaw.com  john@redbanklaw.com |
| Rebecca Ann Solarz | on behalf of Creditor HomeBridge Financial Services  Inc. rsolarz@kmllawgroup.com |
| Shauna M Deluca | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing sdeluca@raslg.com |
| Sindi Mncina | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing smncina@raslg.com |
| U.S. Trustee | |

District/off: 0312-3                              User: admin                                        Page 2 of 2
Date Rcvd: Mar 15, 2021                    Form ID: pdf903                              Total Noticed: 1

USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 8