UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**STRAFFI & STRAFFI, LLC**
670 Commons Way
Toms River, NJ 08755
(732) 341-3800
(732) 341-3548 (fax)
bkclientstraffilaw.com
Attorney for Debtor(s)

In Re:

Ebbert, Jr., Kenneth

Debtor(s).

Order Filed on November 17, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 18-19513
Adv. No.:

Hearing Date: November 17, 2021 @ 9:00 am

Judge: Christine M. Gravelle

### ORDER ON MOTION TO ALLOW CASE TO CLOSE EARLY

The relief set forth on the following pages, numbered two (2) through  n/a  is hereby **ORDERED**.

**DATED: November 17, 2021**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(Page 2)**
Debtor: Ebbert, Jr., Kenneth
Case No: 18-19513/CMG

### ORDER ON MOTION TO ALLOW CASE TO CLOSE EARLY

**THIS MATTER** having come before the Court upon motion of Daniel E. Straffi, Jr., Attorney for Debtors, for an Order to Allow Case to Close Early and the Court having considered the application submitted in support thereof, the opposition thereto, the arguments of counsel, and for good cause shown; it is hereby

**ORDERED**

1.  That the Chapter 13 Bankruptcy of Kenneth Ebbert, Jr. be allowed to close early; and

2.  That the Chapter 13 Standing Trustee shall prepare his closing audit and final accounting upon entry of this order; and it is

**FURTHER ORDERED** that a copy of this Order shall be served on all parties in interest within five (5) days of the date hereof.