# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY
## TRENTON VICINAGE

In re:  
    Kenneth Ebbert, Jr.

    Debtor(s)

Case No. 18-19513 / CMG

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Albert Russo, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 05/09/2018.

2) The plan was confirmed on 03/06/2019.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 11/12/2021.

6) Number of months from filing or conversion to last payment: 42.

7) Number of months case was pending: 45.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $136,364.68.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $40,052.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$40,052.00** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $6,723.51 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $2,992.49 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$9,716.00** |
| Attorney fees paid and disclosed by debtor: | $4,400.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| BANK OF AMERICA | Unsecured | 4,651.00 | 4,651.90 | 4,651.90 | 70.90 | 0.00 |
| BANK OF AMERICA | Unsecured | 2,139.00 | 2,139.05 | 2,139.05 | 32.60 | 0.00 |
| BARNABAS HEALTH MEDICAL GROU | Unsecured | 672.36 | 761.97 | 761.97 | 11.61 | 0.00 |
| Capital One, NA | Unsecured | 1,232.46 | NA | NA | 0.00 | 0.00 |
| Chase Card Services | Unsecured | 56,945.00 | NA | NA | 0.00 | 0.00 |
| CREDIT FIRST NA | Unsecured | 1,857.97 | 1,857.97 | 1,857.97 | 28.32 | 0.00 |
| Diagnostic Laboratory Service | Unsecured | 220.00 | NA | NA | 0.00 | 0.00 |
| DISCOVER BANK | Unsecured | 11,652.00 | 11,652.45 | 11,652.45 | 177.58 | 0.00 |
| Dover Oil Company | Unsecured | 532.97 | NA | NA | 0.00 | 0.00 |
| Emergency Physican Associate Of South J | Unsecured | 856.00 | NA | NA | 0.00 | 0.00 |
| Garden State Heart Center, PC | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| Jay and Renee Emmons | Unsecured | 3,100.00 | NA | NA | 0.00 | 0.00 |
| Jersey Shore University Medical Center | Unsecured | 3,769.20 | NA | NA | 0.00 | 0.00 |
| Kimball Emergency Medical Associates | Unsecured | 58.25 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | 12,073.00 | 12,058.55 | 12,058.55 | 183.77 | 0.00 |
| MONMOUTH MEDICAL CENTER | Unsecured | 2,590.76 | NA | NA | 0.00 | 0.00 |
| NELNET ON BEHALF OF COLLEGE A! | Unsecured | 4,089.00 | 3,903.73 | 3,903.73 | 59.49 | 0.00 |
| NEW PENN FINANCIAL LLC | Secured | 359,110.00 | 367,388.74 | 28,288.59 | 28,288.59 | 0.00 |
| NEW PENN FINANCIAL LLC | Secured | NA | 538.00 | 538.00 | 538.00 | 0.00 |
| NJ Natural Gas Co. | Unsecured | 3,000.00 | NA | NA | 0.00 | 0.00 |
| Pathology Associates of Princeton | Unsecured | 141.00 | NA | NA | 0.00 | 0.00 |
| Pediatric Orthopedic Associates | Unsecured | 226.00 | NA | NA | 0.00 | 0.00 |
| Princeton HealthCare System | Unsecured | 900.00 | NA | NA | 0.00 | 0.00 |
| Princeton Medicine Heart Group | Unsecured | 39.00 | NA | NA | 0.00 | 0.00 |
| Princeton Radiology Associates, PA | Unsecured | 44.00 | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 10,590.00 | 10,590.18 | 10,590.18 | 161.40 | 0.00 |
| Seabrook House, Inc. | Unsecured | 158.00 | NA | NA | 0.00 | 0.00 |
| SUN EAST FEDERAL CREDIT UNION | Secured | 24,518.00 | 23,809.51 | 457.13 | 457.13 | 0.00 |
| Syncb/Park West Galler | Unsecured | 7,722.00 | NA | NA | 0.00 | 0.00 |
| Synchrony Bank/Hh Gregg | Unsecured | 563.00 | NA | NA | 0.00 | 0.00 |
| TD BANK USA NA | Unsecured | 3,680.00 | 3,680.46 | 3,680.46 | 56.09 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| The Eye Center at Jackson | Unsecured | 577.00 | NA | NA | 0.00 | 0.00 |
| UNITED TELETECH FINANCIAL FCU | Unsecured | 17,159.00 | 17,595.46 | 17,595.46 | 268.16 | 0.00 |
| UNITED TELETECH FINANCIAL FCU | Secured | 9,859.00 | 9,962.16 | 0.00 | 0.00 | 0.00 |
| UNITED TELETECH FINANCIAL FCU | Unsecured | 37,690.00 | NA | NA | 0.00 | 0.00 |
| Verizon | Unsecured | 158.00 | NA | NA | 0.00 | 0.00 |
| VERIZON BY AMERICAN INFOSOURC | Unsecured | 158.00 | 155.04 | 155.04 | 2.36 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $28,826.59 | $28,826.59 | $0.00 |
| Debt Secured by Vehicle | $457.13 | $457.13 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$29,283.72** | **$29,283.72** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$69,046.76** | **$1,052.28** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $9,716.00 |
| Disbursements to Creditors | $30,336.00 |
| **TOTAL DISBURSEMENTS :** | **$40,052.00** |

UST Form 101-13-FR-S (09/01/2009)

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 02/17/2022                                   By: /s/ Albert Russo
                                                                    Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**