<table>
<tr><td colspan="2"><strong>Information to identify the case:</strong></td></tr>
</table>

| | | |
|---|---|---|
| Debtor 1 | Kenneth Ebbert Jr. | Social Security number or ITIN   xxx–xx–3211 |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   18–19513–CMG | | |

## Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Kenneth Ebbert Jr.
aka Kenneth F. Ebbert, II, aka Ken Ebbert, aka
Kenneth Francis Ebbert, Jr., aka Kenneth
Francis Ebbert, II, aka Kenneth F. Ebbert, Jr.

2/17/22

**By the court:** <u>Christine M. Gravelle</u>
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

#### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

#### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

#### Some debts are not discharged

Examples of debts that are not discharged are:

- ◆ debts that are domestic support obligations;

- ◆ debts for most student loans;

- ◆ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-19513-CMG |
| Kenneth Ebbert, Jr. | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 6 |
| Date Rcvd: Feb 17, 2022 | Form ID: 3180W | Total Noticed: 114 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 19, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Kenneth Ebbert, Jr., 960 Farmingdale Rd, Jackson, NJ 08527-1369 |
| lm | + | Cenlar, 7 Graphics Drive, Ewing, NJ 08628-1547 |
| cr | | NewRez LLC d/b/a Shellpoint Mortgage Servicing, Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbott's Bridge Road, Suite 170, Duluth, FL 33487 |
| cr | + | United Teletech Financial, McKenna, DuPont, Higgins & Stone, PO Box 610, 229 Broad Street, Red Bank, NJ 07701-2009 |
| 517522641 | + | B & B Collections, PO Box 2137, Toms River, NJ 08754-2137 |
| 517647501 | + | BARNABAS HEALTH MEDICAL GROUP, CCCB, POB 1750, Whitehouse Station, NJ 08889-1750 |
| 517522647 | | BCA Financial Services, Inc., 18001 Old Cutler Road, Suite 462, Miami, FL 33157-6437 |
| 517522648 | | BHMG -MMC No Behavorial, PO Box 826796, Philadelphia, PA 19182-6796 |
| 517633759 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 517522667 | | Diagnostic Laboratory Service, 520 E 22nd St, Lombard, IL 60148-6110 |
| 517522668 | | Diagnostic Laboratory Services, 520 E. 22nd Street, Lombard, IL 60148-6110 |
| 517522674 | + | Emergency Physican Associate Of South Je, 1 Hamilton Health Place, Hamilton, NJ 08690-3542 |
| 517522675 | | Estate Information Services, LLC, PO Box 1398, Reynoldsburg, OH 43068-6398 |
| 517522676 | | Garden State Heart Center, PC, 831 Tennent Rd Ste 1F, Manalapan, NJ 07726-8289 |
| 517522678 | | HRRG, PO Box 8486, Coral Springs, FL 33075-8486 |
| 517651441 | + | HomeBridge Financial Services, Inc., c/o Cenlar FSB, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 517522680 | | Jaclanne Ebbert, 7 Kansas Dr, Jackson, NJ 08527-1515 |
| 517522681 | | Jaclanne R. Ebbert, 7 Kansas Dr, Jackson, NJ 08527-1515 |
| 517522682 | | Jay and Renee Emmons, 37 Forest Hill Ave, Jackson, NJ 08527-2751 |
| 517522686 | | Kimball Emergency Medical Associates, PO Box 417442, Boston, MA 02241-7442 |
| 517522693 | + | NJ Natural Gas Co., PO Box 1378, Wall, NJ 07719-1378 |
| 517902465 | | New Penn Financial, LLC d/b/a Shellpoint Mortgage, P.O. Box 10675, Greenville, SC 29603-0675 |
| 517902466 | | New Penn Financial, LLC d/b/a Shellpoint Mortgage, P.O. Box 10675, Greenville, SC 29603-0675, New Penn Financial, LLC d/b/a Shellpoint, P.O. Box 10675 Greenville, SC 29603-0675 |
| 517522694 | + | North Shore Agency, PO Box 17211, Wilmington, DE 19850-7211 |
| 517522696 | | Pathology Associates of Princeton, 4 Princess Rd Ste 207, Lawrenceville, NJ 08648-2322 |
| 517522697 | | Pediatric Orthopedic Associates, 585 Cranbury Rd, East Brunswick, NJ 08816-4092 |
| 517522698 | + | Phillips & Cohen Associates, Ltd., 1002 Justison Street, Wilmington, DE 19801-5148 |
| 517522699 | | Princeton Healthcare System, PO Box 789226, Philadelphia, PA 19178-9226 |
| 517522700 | | Princeton Medicine Heart Group, 4 Princess Rd Ste 207, Lawrenceville, NJ 08648-2322 |
| 517522701 | | Princeton Radiology Associates, PA, PO Box 956, Evansville, IN 47706-0956 |
| 517522702 | | Prosper Marketplace In, 101 2nd St Fl 15, San Francisco, CA 94105-3672 |
| 517522703 | | Prosper Marketplace Inc, PO Box 396081, San Francisco, CA 94139-6081 |
| 517522706 | + | Rickart Collection Systems, inc, 575 Milltown Rd, North Brunswick, NJ 08902-3336 |
| 517523407 | | Samantha Welch, 960 Farmingdale Rd, Jackson, NJ 08527-1369 |
| 517522707 | | Seabrook House, Inc., 133 Polk Ln, Bridgeton, NJ 08302-5905 |
| 517522708 | | Selip & Stylianou, LLP, 199 Crossways Park Drive PO Box 9004, Woodbury, NY 11797-9004 |
| 517522709 | | South Shore Bank, Attn: Bankruptcy, PO Box 151, Weymouth, MA 02188-0904 |
| 517522710 | | Sun East Federal Cr Un, PO Box 2231, Aston, PA 19014-0231 |
| 517549842 | + | Sun East Federal Credit Union, 4500 Pennell Rd., Aston, PA 19014-1862 |
| 517522724 | | The Eye Center at Jackson, 260 N County Line Rd, Jackson, NJ 08527-4473 |

TOTAL: 40

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

District/off: 0312-3 | User: admin | Page 2 of 6
Date Rcvd: Feb 17, 2022 | Form ID: 3180W | Total Noticed: 114

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Feb 17 2022 20:30:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 17 2022 20:30:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517522640 | + Email/Text: kristin.villneauve@allianceoneinc.com | Feb 17 2022 20:29:00 | Alliance One Receivables Management, 4850 Street Road, SutIe 300, Trevosa, PA 19053-6600 |
| 517522642 | EDI: BANKAMER.COM | Feb 18 2022 01:28:00 | Bank of America, Attn: Bankruptcy, PO Box 982238, El Paso, TX 79998-2238 |
| 517522643 | EDI: BANKAMER.COM | Feb 18 2022 01:28:00 | Bankamerica, PO Box 982238, El Paso, TX 79998-2238 |
| 517522644 | EDI: BANKAMER.COM | Feb 18 2022 01:28:00 | Bankamerica, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 517522646 | EDI: TSYS2 | Feb 18 2022 01:28:00 | Barclays Bank Delaware, Attn: Correspondence, PO Box 8801, Wilmington, DE 19899-8801 |
| 517522645 | EDI: TSYS2 | Feb 18 2022 01:28:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 517522650 | EDI: BANKAMER.COM | Feb 18 2022 01:28:00 | Bk of Amer, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 517522649 | EDI: BANKAMER.COM | Feb 18 2022 01:28:00 | Bk of Amer, PO Box 982238, El Paso, TX 79998-2238 |
| 517522653 | EDI: CAPITALONE.COM | Feb 18 2022 01:28:00 | Capital One, NA, 15000 Capital One Drive, Richmond, VA 23238-0000 |
| 517522651 | EDI: CAPONEAUTO.COM | Feb 18 2022 01:23:00 | Capital One Auto Finan, 3901 Dallas Pkwy, Plano, TX 75093-7864 |
| 517522652 | EDI: CAPONEAUTO.COM | Feb 18 2022 01:23:00 | Capital One Auto Finance, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 517522654 | Email/Text: clientservices@credit-control.com | Feb 17 2022 20:30:00 | Central Loan Admin & R, PO Box 77404, Ewing, NJ 08628-6404 |
| 517522655 | Email/Text: bankruptcy@certifiedcollection.com | Feb 17 2022 20:30:00 | Certified Credit & Collection Bureau, PO Box 1750, Whitehouse Station, NJ 08889-1750 |
| 517522660 | EDI: CITICORP.COM | Feb 18 2022 01:28:00 | Citibank/the Home Depot, Centralized Bankruptcy, PO Box 790034, Saint Louis, MO 63179-0034 |
| 517522661 | EDI: WFNNB.COM | Feb 18 2022 01:28:00 | Comenitycapital/bjsclb, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 517522662 | EDI: WFNNB.COM | Feb 18 2022 01:28:00 | Comenitycb/bjsclub, PO Box 182120, Columbus, OH 43218-2120 |
| 517522663 | + EDI: CONVERGENT.COM | Feb 18 2022 01:23:00 | Convergent Outsourcing, Inc., 800 SW 39th St, Renton, WA 98057-4927 |
| 517522664 | + EDI: CRFRSTNA.COM | Feb 18 2022 01:23:00 | Credit First N A, 6275 Eastland Rd, Brook Park, OH 44142-1399 |
| 517618057 | EDI: CRFRSTNA.COM | Feb 18 2022 01:23:00 | Credit First NA, PO Box 818011, Cleveland, OH 44181-8011 |
| 517522665 | EDI: CRFRSTNA.COM | Feb 18 2022 01:23:00 | Credit First National Assoc, Attn: BK Credit Operations, PO Box 81315, Cleveland, OH 44181-0315 |
| 517522666 | + Email/PDF: creditonebknotifications@resurgent.com | Feb 17 2022 20:34:41 | Credit One Bank, NA, PO Box 98873, Las Vegas, NV 89193-8873 |

District/off: 0312-3                                  User: admin                                              Page 3 of 6
Date Rcvd: Feb 17, 2022                              Form ID: 3180W                                   Total Noticed: 114

| 517522730 | + EDI: CITICORP.COM | | Feb 18 2022 01:28:00 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, PO Box 8053, Mason, OH 45040-8053 |
| 517522673 | + EDI: CITICORP.COM | | Feb 18 2022 01:28:00 | Dsnb Macys, PO Box 8218, Mason, OH 45040-8218 |
| 517534277 | EDI: DISCOVER.COM | | Feb 18 2022 01:28:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517522670 | EDI: DISCOVER.COM | | Feb 18 2022 01:28:00 | Discover Fin Svcs LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 517522671 | EDI: DISCOVER.COM | | Feb 18 2022 01:28:00 | Discover Financial, PO Box 3025, New Albany, OH 43054-3025 |
| 517522672 | Email/Text: SJ.STRADER@doveroilcompany.com | | Feb 17 2022 20:30:00 | Dover Oil Company, 239 Dover Rd, Toms River, NJ 08757-5142 |
| 517522677 | Email/Text: Bankruptcy@homebridge.com | | Feb 17 2022 20:30:00 | Homebridge Financial Services, Inc., 194 Wood Ave S Fl 9, Iselin, NJ 08830-2761 |
| 517522679 | EDI: IIC9.COM | | Feb 18 2022 01:23:00 | IC System, PO Box 64437, Saint Paul, MN 55164-0437 |
| 517522656 | EDI: JPMORGANCHASE | | Feb 18 2022 01:28:00 | Chase Auto, PO Box 901003, Fort Worth, TX 76101-2003 |
| 517522657 | EDI: JPMORGANCHASE | | Feb 18 2022 01:28:00 | Chase Auto Finance, National Bankruptcy Dept, 201 N Central Ave MSC AZ1-1191, Phoenix, AZ 85004 |
| 517522658 | EDI: JPMORGANCHASE | | Feb 18 2022 01:28:00 | Chase Card, PO Box 15298, Wilmington, DE 19850-5298 |
| 517522659 | EDI: JPMORGANCHASE | | Feb 18 2022 01:28:00 | Chase Card Services, Correspondence Dept, PO Box 15298, Wilmington, DE 19850-5298 |
| 517522683 | Email/Text: JSUMCbankruptcy@hackensackmeridian.org | | Feb 17 2022 20:30:00 | Jersey Shore University Medical Center, Meridian Health, PO Box 399, Neptune, NJ 07754-0399 |
| 517522684 | + Email/Text: BKRMailOPS@weltman.com | | Feb 17 2022 20:30:00 | Kay Jewelers, 375 Ghent Rd, Fairlawn, OH 44333-4600 |
| 517522685 | EDI: WFNNB.COM | | Feb 18 2022 01:28:00 | Kay Jewelers, Attn: Bankruptcy, PO Box 1799, Akron, OH 44309-1799 |
| 518896510 | Email/PDF: resurgentbknotifications@resurgent.com | | Feb 17 2022 20:34:56 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC, 29603-0587 |
| 518896511 | + Email/PDF: resurgentbknotifications@resurgent.com | | Feb 17 2022 20:34:45 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC, 29603-0587, LVNV Funding LLC 29603-0587 |
| 517522688 | + Email/Text: bknotices@mbandw.com | | Feb 17 2022 20:30:00 | Mccarthy, Burgess & Wolfe, 26000 Cannon Road, Cleveland, OH 44146-1807 |
| 517522689 | Email/Text: ebn@rwjbh.org | | Feb 17 2022 20:30:00 | Monmouth Medical Center, PO Box 903, Oceanport, NJ 07757-0903 |
| 517522690 | + Email/Text: ebn@rwjbh.org | | Feb 17 2022 20:30:00 | Monmouth Medical Center, 300 2nd Avenue, Long Branch, NJ 07740-6395 |
| 517522691 | Email/Text: electronicbkydocs@nelnet.net | | Feb 17 2022 20:30:00 | Nelnet Loans, Attn: Claims, PO Box 82505, Lincoln, NE 68501-2505 |
| 517522692 | Email/Text: electronicbkydocs@nelnet.net | | Feb 17 2022 20:30:00 | Nelnet Loans, 6420 Southpoint Pkwy, Jacksonville, FL 32216-0946 |
| 517550274 | + EDI: ECMC.COM | | Feb 18 2022 01:23:00 | Nelnet on behalf of COAC, PO Box 16358, St. Paul, MN 55116-0358 |
| 517902465 | Email/Text: mtgbk@shellpointmtg.com | | Feb 17 2022 20:30:00 | New Penn Financial, LLC d/b/a Shellpoint Mortgage, P.O. Box 10675, Greenville, SC 29603-0675 |

District/off: 0312-3                                      User: admin                                          Page 4 of 6

Date Rcvd: Feb 17, 2022                              Form ID: 3180W                                    Total Noticed: 114

| | | | |
|---|---|---|---|
| 517902466 | Email/Text: mtgbk@shellpointmtg.com | | |
| | | Feb 17 2022 20:30:00 | New Penn Financial, LLC d/b/a Shellpoint Mortgage, P.O. Box 10675, Greenville, SC 29603-0675, New Penn Financial, LLC d/b/a Shellpoint, P.O. Box 10675, Greenville, SC 29603-0675 |
| 517522695 | EDI: PINNACLE.COM | | |
| | | Feb 18 2022 01:28:00 | Northland Group Inc., PO Box 390846, Minneapolis, MN 55439-0846 |
| 517652201 | + Email/Text: bncmail@w-legal.com | | |
| | | Feb 17 2022 20:30:00 | Prosper Marketplace Inc., C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 517637128 | EDI: Q3G.COM | | |
| | | Feb 18 2022 01:23:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 517522704 | Email/Text: newbk@Regions.com | | |
| | | Feb 17 2022 20:30:00 | Regions Bank, Attn: Bankruptcy, PO Box 10063, Birmingham, AL 35202-0063 |
| 517522705 | Email/Text: newbk@Regions.com | | |
| | | Feb 17 2022 20:30:00 | Regions Bank, PO Box 11007, Birmingham, AL 35288-0001 |
| 517522713 | EDI: RMSC.COM | | |
| | | Feb 18 2022 01:28:00 | Syncb/Park West Galler, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 517522712 | EDI: RMSC.COM | | |
| | | Feb 18 2022 01:28:00 | Syncb/Park West Galler, C/o, PO Box 965036, Orlando, FL 32896-5036 |
| 517522715 | EDI: RMSC.COM | | |
| | | Feb 18 2022 01:28:00 | Syncb/Smart Carpet, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 517522716 | EDI: RMSC.COM | | |
| | | Feb 18 2022 01:28:00 | Syncb/Smart Carpet, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 517522717 | EDI: RMSC.COM | | |
| | | Feb 18 2022 01:28:00 | Syncb/Walmart DC, PO Box 965024, Orlando, FL 32896-5024 |
| 517522711 | EDI: RMSC.COM | | |
| | | Feb 18 2022 01:28:00 | Syncb/lowes, PO Box 965005, Orlando, FL 32896-5005 |
| 517522714 | EDI: RMSC.COM | | |
| | | Feb 18 2022 01:28:00 | Syncb/sleepys, C/o, PO Box 965036, Orlando, FL 32896-5036 |
| 517524032 | + EDI: RMSC.COM | | |
| | | Feb 18 2022 01:28:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517522718 | EDI: RMSC.COM | | |
| | | Feb 18 2022 01:28:00 | Synchrony Bank/Hh Gregg, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 517522719 | EDI: RMSC.COM | | |
| | | Feb 18 2022 01:28:00 | Synchrony Bank/Lowes, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 517522720 | EDI: RMSC.COM | | |
| | | Feb 18 2022 01:28:00 | Synchrony Bank/Walmart, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 517646649 | + Email/Text: bncmail@w-legal.com | | |
| | | Feb 17 2022 20:30:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 517522721 | EDI: WTRRNBANK.COM | | |
| | | Feb 18 2022 01:28:00 | Target, Attn: Bankruptcy Dept Target Card Servic, PO Box 9475, Minneapolis, MN 55440-9475 |
| 517522722 | EDI: WTRRNBANK.COM | | |
| | | Feb 18 2022 01:28:00 | Td Bank USA/Targetcred, PO Box 673, Minneapolis, MN 55440-0673 |
| 517522723 | EDI: CITICORP.COM | | |
| | | Feb 18 2022 01:28:00 | Thd/Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 517522725 | EDI: WTRRNBANK.COM | | |
| | | Feb 18 2022 01:28:00 | Tnb - Target, PO Box 673, Minneapolis, MN 55440-0673 |
| 517522726 | EDI: WTRRNBANK.COM | | |
| | | Feb 18 2022 01:28:00 | Tnb-Visa (TV) / Target, C/O Financial & Retail Services Mailstop, PO Box 9475, Minneapolis, |

| District/off: 0312-3 | User: admin | Page 5 of 6 |
|---|---|---|
| Date Rcvd: Feb 17, 2022 | Form ID: 3180W | Total Noticed: 114 |

| | | | |
|---|---|---|---|
| | | | MN 55440-9475 |
| 517522727 | Email/Text: opsdept@utcu.org | | |
| | | Feb 17 2022 20:30:00 | United Teletech Fin Fc, 205 Hance Ave, Tinton Falls, NJ 07724-2764 |
| 517617711 | Email/Text: laura@redbanklaw.com | | |
| | | Feb 17 2022 20:29:00 | United Teletech Financial Federal Credit Union, C/O McKenna, DuPont, Higgins & Stone, PC, PO Box 610, Red Bank, NJ 07701-0610 |
| 517522728 | + Email/Text: ebn@vantagesourcing.com | | |
| | | Feb 17 2022 20:30:00 | Vantage Sourcing, 4930 W State Highway 52, Taylor, AL 36305-9102 |
| 517632725 | + EDI: AIS.COM | | |
| | | Feb 18 2022 01:23:00 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517522729 | EDI: VERIZONCOMB.COM | | |
| | | Feb 18 2022 01:23:00 | Verizon, Attn: Wireless Bankrupty Admin, 500 Technology Dr Ste 500, Weldon Spring, MO 63304-2225 |
| 517522731 | EDI: WFFC.COM | | |
| | | Feb 18 2022 01:28:00 | Wells Fargo Financial National Bank, PO Box 94498, Las Vegas, NV 89193-4498 |

TOTAL: 76

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517522669 | * | Diagnostic Laboratory Services, 520 E 22nd St, Lombard, IL 60148-6110 |
| 517522687 | ## | KML Law Group, PC, 216 Haddon Ave Ste 406, Westmont, NJ 08108-2812 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 19, 2022          Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 17, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Daniel E. Straffi | on behalf of Debtor Kenneth Ebbert  Jr. bkclient@straffilaw.com, G25938@notify.cincompass.com;bktrustee@straffilaw.com |
| Denise E. Carlon | on behalf of Creditor HomeBridge Financial Services  Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Laura M. Egerman | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bkyecf@rasflaw.com bkyecf@rasflaw.com;legerman@rasnj.com |

District/off: 0312-3                          User: admin                                    Page 6 of 6
Date Rcvd: Feb 17, 2022                       Form ID: 3180W                              Total Noticed: 114

Michael R. DuPont
                    on behalf of Creditor United Teletech Financial dupont@redbanklaw.com  john@redbanklaw.com

Rebecca Ann Solarz
                    on behalf of Creditor HomeBridge Financial Services  Inc. rsolarz@kmllawgroup.com

Shauna M Deluca
                    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing sdeluca@raslg.com

Sindi Mncina
                    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing smncina@raslg.com

U.S. Trustee
                    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 9