Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                      Case No.: 18−19513−CMG
                      Chapter:  13
                      Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Kenneth Ebbert Jr.
    aka Kenneth F. Ebbert, II, aka Ken Ebbert,
    aka Kenneth Francis Ebbert, Jr., aka
    Kenneth Francis Ebbert, II, aka Kenneth F.
    Ebbert, Jr.
    960 Farmingdale Rd
    Jackson, NJ 08527−1369

Social Security No.:
    xxx−xx−3211

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>March 21, 2022</u>                      <u>Christine M. Gravelle</u>
                                              Judge, United States Bankruptcy Court